Attachment C



**U.S. Department of Justice**

**Federal Bureau of Prisons**



*[handwritten: Re Disregard Attack]*

---

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

January 17, 2020

Jeremy Pinson
#16267-064
United States Penitentiary
PO BOX 24550
Tucson, AZ 85734

RE:   Administrative Claim No. TRT-WXR-2020-02413 Received: January 17, 2020

Dear Mr. Pinson:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages.  This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Phoenix Consolidated Legal Center will be handling your claim for investigation and response.  Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

    David Huband
    Supervisory Attorney
    FCI Phoenix
    37900 N. 45th Ave.
    Phoenix, AZ 85086

Sincerely,

*[signature]*

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg