Attachment D



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

*Consolidated Legal Center*
*Federal Correctional Institution*
*37900 N. 45ᵗʰ Avenue*
*Phoenix, Arizona 85086*

March 31, 2020

**VIA CERTIFIED MAIL**
7014 1820 0002 2639 9587

Jeremy Pinson
Register Number 16267-064
United States Penitentiary
P.O. Box 24550
Tucson, AZ  85734

Re: Administrative Claim No. TRT-WXR-2020-02710

Dear Ms. Pinson,

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.  You seek $25,000.00 in compensation for alleged personal injury as a result of events occurring at the United States Penitentiary (USP), in Tucson, Arizona, on January 17, 2020.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable.  You have failed to establish that you sustained a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied.  If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail, within which to bring suit in the appropriate United States District Court.

Sincerely,

Dennis M. Wong
Western Regional Counsel

David T. Huband
Supervisory Attorney Advisor

DTH/jgg

cc: B. von Blanckensee, Complex Warden, FCC Tucson