Exhibit 3

EMS-409.051 **REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE** CDFRM
SEP 2006
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| From: B. von Blanckensee  Complex Warden | Facility: FCC Tucson, Arizona | Date  3-30-2020 |
|---|---|---|

Inmate's Name: **Pinson, Jeremy**                             Register No.: **16267-064**

To: **John O'Brien, Chief**
    **Designations and Sentence Computation Center**

X  Transfer to:   USP Atlanta (Challenge Program) or Any appropriate high security level facility, 324- Program Participation (Challenge Program)/ 323 - Close Supervision

___ Apply Management Variable(s)

___ Update Management Variable Expiration Date. (New Date):

1. **Inmate's Medical Status:**

Inmate Pinson is a Medical Care Level 2 and Care 2-Mental Health inmate assigned regular duty status with no medical restrictions. Pinson is cleared for work in Food Service.

2. **Institution Adjustment:**

Inmate Pinson arrived at FCC Tucson on February 15, 2018, as a 324 transfer from Rochester FMC. His overall institutional adjustment is rated as poor.

3. **Rationale for Referral:** (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)

A threat assessment dated January 23, 2020, concluded inmate Pinson, Reg. No. 16267-064, cannot be housed in general population here at USP Tucson, AZ. On January 17, 2020, Inmate Pinson was assaulted by another inmate while housed at USP Tucson. This is Pinson's second assault within two months. According to the threat assessment, the assault stemmed from a prior disagreement between inmate Pinson and another inmate. The investigation further determined that a viable threat exists toward inmate Pinson by unidentified inmates associated with the White Non-Sex Offenders. During several interviews, inmates stated Pinson would be assaulted again if he returned to general population. Furthermore, Pinson stated he has animosity toward the inmate that placed a "hit" on him. It was also noted during the investigation that Pinson wrote a letter to the U.S. Court indicating "there is an imminent danger; no different than the last two attacks; resulting in serious injury".

During his Tenure at USP Tucson he has presented himself as a serious management problem. Albeit having completed a few basic education classes, he has not followed the instructions of his unit team. He attempted to participate in the Challenge Program; however, he was not able to make any significant progress in the Challenge program due to his egregious behavior resulting in multiple investigations and repetitive SHU placements.

Since his arrival at USP Tucson he has been subject to 12 investigative reports/threat assessment for the following situations: six PREA allegations, of which five were unsubstantiated and one was unfounded; one investigative report for fighting; two where he was assaulted by other inmates; two where he threatened staff with bodily harm; and one protective custody investigation where Pinson was the aggressor resulting in another inmates protective custody request. Based on his behavior, he has been recommended for a transfer 5x; however, his transferred have been denied.

Based on the threat assessments and Pinson's letter to the court indicating a viable threat exists toward him, the Unit Team recommends he is transferred to another facility in order to continue with his programming needs. Inmate Pinson was enrolled in the Challenge Program and was interested in completing it; however, due to both incidents, he has not been able to program appropriately. Based on his ambition for self-improvement, Unit Team recommends Pinson receive a Program Participation transfer to USP Atlanta in order to be given an opportunity to complete the Challenge Program; or any other appropriate High security facility to commensurate with his security and programming needs.

| 4a. Parole Hearing Scheduled: | ___ Yes  XX No | b. If yes, when: N/A |
|---|---|---|

5. Note any past or present behavior and/or management/inmate concerns:

Pinson is a "MAX" custody inmate. Pinson has an extensive disciplinary history of violence toward staff and inmates. Pinson has been assigned the following STGs: Advanced Computer Skills, Assault-Correctional, Explosives Expert, History of Compromising Staff, History of Defeating Restraints, History of Introduction, History of Arson, History of Fraud, History of Mail Abuse, History of Threats Toward Staff, Posted Picture Card File, Secret Service List, and Threats to the Judiciary.

6. BP337/BP338 Discrepancies:                               **F.O.I. EXEMPT**

There are two discrepancies between the BP-337/BP-338. The BP-337 shows Drug/Alcohol Abuse <5 Years. The BP-338 now reflects Drug/Alcohol Abuse >5 Years due to passage of time. The BP-337 shows Serious Violence >15 Years. The BP-338 now reflects Serious Violence <5 Years due to disciplinary sanctions for a code 101 - Assaulting with Serious Injury and a code 104 - Possessing a dangerous weapon in 2017.

Staff have checked the following SENTRY Programs to ensure that they are correct and current:

| Inmate Profile | CIM Clearance and Separatee Data |
| Inmate Load Data | Custody Classification Form |
| Sentence Computation | Chronological Disciplinary Record |
| Prepared by: D. Schlor, Case Manager | Unit Manager Signature: E. Lara |

If the transfer is approved, a Progress Report will be completed prior to transfer.
*For Mariel Cuban Detainees - Staff have entered the CMA Assignment of ACRP RV DT@ to indicate the need for a Cuban Review Panel Hearing four months from his/her Roll-Over Date.

*This form may be replicated via WP)*          *This form replaces EMS-409 of DEC 99*

F.O.I. EXEMPT