Exhibit 4

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Pinson, Jeremy V    16267-064    D-2    USP Tucson
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Staff falsified a government document to put me into SHU and significantly delayed a resolution of said placement in violation of 5 USC 552a (false agency record), 1st Amendment (Retaliation) and 5th Amendment (Due Process). I sought release from SHU and am seeking an investigation of the staff member who deliberately and maliciously accused me of actions which never occurred. Officer John wrote the incident report which Estrada expunged Jan. 9th

1-14-2020 (Resubmitted 1-28-20)    [signature]
DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

[illegible handwritten response]

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE    CASE NUMBER: 1003743-F1

CASE NUMBER: 1003743-F2

**Part C- RECEIPT**
Return to:
LAST NAME, FIRST, MIDDLE INITIAL    REG NO.    UNIT    INSTITUTION

SUBJECT:

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

```
U.S. Department of Justice
Federal Bureau of Prisons                 Request for Administrative Remedy
FCC Tucson                                Part B - Response
```

Admin. Remedy Number: 1003743-F2

This is in response to your Request for Administrative Remedy dated January 14, 2020, wherein you state staff falsified an incident report to place you in the Special Housing Unit (SHU). As relief, you are seeking the staff member be investigated.

Staff conduct is governed by Program Statement 3420.09, <u>Standards of Employee Conduct</u>. Staff members are held to a high standard of integrity and are obligated to conduct themselves in a professional manner. The BOP takes allegations of staff misconduct seriously. Your allegations regarding staff misconduct have been reviewed. However, inmates do not have any entitlements to be advised of the results of the investigation or whether any administrative action is taken against staff.

Based on the above, your request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Western Regional Director. Your appeal must be received by the Regional Administrative Remedy Coordinator, Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline Dr., Stockton, California, 95219, within twenty (20) calendar days from the date of this response.

_____                    2/24/20
B. von Blanckensee                             Date
Complex Warden