

# U. S. Department of Justice

## Federal Bureau of Prisons

### Federal Correctional Complex- USP2

846 N.E. 54th Terrace
Coleman, Florida 33521

February 12, 2021

Honorable Rosemary Marquez
United States District Judge
United States District Court
District of Arizona

Regarding Inmate Name: Pinson, Jeremy Vaughn
Federal Registration No.: 16267-064

Case No.: No. CV-20-00070-TUC-RM

Judge Marquez,

This memorandum is provided to confirm Jeremy Pinson, an incarcerated individual within the Federal Bureau of Prisons, has been unable to comply with the court imposed deadline, due to unforeseen events and/or issues not under his control. Please accept <u>this memo as an apology</u> and a request to extend his deadline.

Thank you for your time and consideration in this matter.

Respectfully,

A. K. Ruiz, Case Manager
FCC Coleman, Florida, USP2
352-689-7000

Exhibit 2