# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jeremy Pinson,

          Plaintiff,

   vs.

United States of America,

          Defendant.

CV 20-00070-TUC-RM

**DECLARATION OF
JESSE REY**

I, Jesse Rey, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-entitled matter.

1.     I am the Complex Captain at the Federal Correctional Complex in Tucson, Arizona (FCC Tucson). I have held this position since April 25, 2021. I have been employed by the Federal Bureau of Prisons, in positions of increasing responsibility, since 2003.

2.     FCC Tucson includes a high-security United States Penitentiary (USP Tucson), a medium security Federal Correctional Institution (FCI Tucson) and a minimum security Federal Prison Camp (FPC).

3.     As Captain, I am the chief correctional supervisor and am responsible for the Correctional Services Department at FCC Tucson. My job includes, among other things, supervising all other correctional officers, evaluating staffing and security needs and overseeing the security measures and procedures at FCC Tucson.

4.     The information provided in this Declaration is based on my personal knowledge and information obtained in the performance of my duties at FCC Tucson. All attachments to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business. The transcripts are transcriptions of audio recordings made

1 from non-contact visits at USP Tucson between Jeremy Pinson and Dorothy Chao, which

2 were recorded on the stated dates in the ordinary course of business.

3 **Plaintiff Jeremy Pinson**

4      5.    As part of the performance of my duties, I have become familiar with inmate

5 Jeremy Vaugh Pinson, register number 16267-064.

6      6.    Pinson is a federal inmate at USP-2 Coleman, Florida. (Att. 1, SENTRY

7 Inmate History, p. 1 ("CLP" is the facility code for USP-2 Coleman).

8      7.    From February 15, 2018, to December 4, 2020, Pinson was incarcerated at

9 USP Tucson. Id. ("TCP" is the facility code for USP Tucson).

10      8.    Pinson is serving an aggregate sentence of 252 months for violations of 18

11 U.S.C. § 871(A), Threats Against the President; 18 U.S.C. § 1001(A)(2), False Statement; 18

12 U.S.C. § 876(C), Threatening a Juror, and 18 U.S.C. § 876, Mailing Threatening

13 Communications. (Att. 2, SENTRY Public Information Inmate Data, pp. 2-3.)

14      9.    Pinson is projected to be released from custody on September 8, 2026. (*Id.* at

15 1.)

16 **December 16, 2019**

17      10.    On December 16, 2019, inmate Billy Dugard struck Pinson with a closed fist

18 in the dining hall at USP Tucson. (Att. 3, Form 583 Report of Incident – December 16,

19 2019, p. 3.)

20      11.    Dugard admitted striking Pinson and asserted it was because he was having a

21 bad day because his father had died the week before and Pinson had been making

22 disrespectful comments to him. (Att. 4, Inmate Investigative Report, p. 4.)

23      12.    Dugard specifically denied having been paid to strike Pinson. (*Id.*)

24      13.    Pinson has claimed Dugard struck her at the behest of inmate Cruze under

25 various theories.

26      14.    In an undated hand-written note, Pinson asserted that on December 15, 2019,

27 Cruze had threatened an inmate, even if he had to "attack staff to get to" him. (Att. 5, Pinson

28 undated note.)

15. In an interview on December 20, 2019, during the investigation of the December 16, 2019, incident involving Dugard, Pinson asserted that her life was in danger from Cruze, along with three other inmates. (Att. 4, p. 4.)

16. The three inmates denied having any issues. (Att. 4, p. 5.)

17. Two different inmates wrote that Cruze had placed a hit on Pinson from the SHU. (Att. 4, p. 6.)

18. The investigation could substantiate only that continued animosity existed between Pinson and Cruze. (Att. 4, p. 7.)

19. Pinson asserted in a letter to the OIG on December 25, 2019, that the incident occurred because she had cooperated with SIS Technician Cristinzio on December 14, 2019, by providing information about Cruze's drug dealing, money transfers and threat against an identified inmate who was not Pinson. (Att. 6, OIA-2020-03689.)

20. In an SF-95 dated January 12, 2020, Pinson asserted that
> Inmate Shawn Cruze made threats to stab and kill USP Tucson inmates on 12-14-19 and I reported it to Lt. Eastwood and SIS Cristinzio. Staff disclosed to Cruze my providing this information resulting in Cruze sending a note with an inmate getting out of SHU to an inmate Billy Dugard instructing him to physically attack me. That inmate attacked me in the Dining Hall.

(Att. 7, SF95 12-16-19.)

21. During the investigation into Pinson's October 2019 PREA complaint, Pinson was interviewed by Lt. Herlich and stated that Cruze was trying to impress another inmate and making threats against Pinson for bringing the PREA complaint. (Att. 8, Inmate Investigative Report - PREA, p. 3.)

22. Cruze was interviewed as part of the investigation. (Att. 8, p. 4.)

23. The PREA suspect was interviewed and stated that he had been buying Pinson's medication from Pinson while they were housed together. (*Id.*)

24. The suspect stated that when Pinson had a new cellmate, the suspect started buying Pinson's medication from the cellmate. (*Id.*)

25. The suspect stated that he paid for the medication, and Pinson refused to turn it over. (*Id.*)

26. The suspect also stated that Pinson had tried to put a hit on him. (*Id.*)

27. Inmate kites that appear to have been written by Pinson and Cruze support the statements regarding Pinson's cellmate selling Pinson's medications and Pinson or her cellmate having tried to put out a hit. (Att. 8, p. 8.)

28. The investigation concluded that the PREA allegation was unsubstantiated and that the animosity between Pinson and the suspect stemmed from Pinson's failure to uphold a deal involving her selling her medication to the suspect. (Att. 8, pp. 8-9.)

29. None of the witness statements substantiated Pinson's claim that Cruze had threatened her. (Att. 8, pp. 4-8.)

30. Cruze was sent to the SHU on December 15, 2019, at 9:21 a.m. (Att. 9, SENTRY Inmate History Quarters Cruze.)

31. Pinson admitted to a visitor that on December 16, 2019, at 2:00 p.m., she was aware that Cruze had sent a kite from the SHU putting a hit on her. (Att. 10, Transcript of December 22, 2019, visit between Pinson and Dorothy, pp. 4-6.)

32. Pinson also stated in a December 16, 2019, statement that she had been warned about the hit at 2:00 p.m. and again at 5:00 p.m. (Att. 11, Pinson's December 16, 2019, Statement.)

33. Instead of reporting the hit to staff or accepting offered bodyguards, Pinson admitted she went to dinner, while planning to go to the lieutenant's office after dinner. (Att. 10, pp. 5-6.)

**January 17, 2020**

34. On January 17, 2020, inmate Oberfeldt assaulted Pinson on the soccer field. (Att. 12, Form 583 Report of Incident – January 17, 2020, p. 3.)

35. Plaintiff returned to USP Tucson at 8:10 p.m. on January 17, 2020. (Att. 13, January 17, 2020, Lieutenants Daily Log.)

36. The pill line finished at 8:05 p.m. on January 17, 2020. (*Id.*)

37. Inmates in SHU may purchase acetaminophen and ibuprofen from the prison commissary. (Att. 14, Memorandum re SHU Standardization, p. 3.)

1      38.    Plaintiff's cellmate obtained ibuprofen from the prison commissary on
2 January 29, 2020.  (Att. 15, Cellmate Sales Invoice January 29, 2020.)

3      39.    The same day, instead of purchasing acetaminophen or ibuprofen, Plaintiff
4 purchased Halls SF Honey Lemon, a Legal Envelope and allergy tablets.  (Att. 16, Plaintiff
5 Sales Invoice January 29, 2020.)

6      40.    On January 18, 2020, the day after she was assaulted, Plaintiff met with a
7 volunteer, Dorothy Chao.  (Att. 17, Transcript of January 18, 2020, visit between Pinson and
8 Dorothy Chao.)

9      41.    Plaintiff noted that her nose was painful and swollen on the inside.  (Ex. A,
10 Att. 17, pp. 4, 16.)

11      42.    Plaintiff did not complain about having a concussion, any symptoms of a
12 concussion or lacking medical care or pain medicine.  (Ex. A, Att. 17.)

13 **Bureau Policies on Threat Assessments**

14      43.    No federal statute, policy or regulation sets out the precise steps that must be
15 taken to ensure the safety of a prisoner.  Instead, the program statements, which are based on
16 regulations and statutes, provide that the decisions are left to the discretion and judgment of
17 the Bureau personnel performing threat assessments.

18      44.    28 C.F.R. § 541.27 gives explicit discretion to prison staff to evaluate threats
19 by providing that an inmate "may" be placed in SHU as a protection case if, "based on
20 evidence," staff believes his safety may be seriously jeopardized by placement in the general
21 population.  (Att. 18, Program Statement 5270.10, Special Housing Units, p. 8.)

22      45.    An inmate may be placed in administrative detention status for protective
23 custody if the inmate is a victim of an assault or is being threatened by other inmates, if the
24 inmate is threatened because he or she is perceived to have provided information or
25 assistance to staff or law enforcement authorities or if the inmate refuses to enter the general
26 population because of concerns for his or her safety.  (Att. 18, pp. 6-8.)

27      46.    Whenever an inmate is placed in protective custody, staff conducts an
28 investigation to verify the reason for the placement.

47.     If the need for protective custody is verified, the inmate will, at the Warden's discretion, remain in such custody or be transferred to an institution where protective custody may not be necessary.

48.     If the staff investigation fails to verify the need for protective custody, the inmate will be returned to the general population.

49.     If the inmate refuses to return to general population, the inmate may be subject to disciplinary action.

50.     Investigating staff weigh information from a number of sources in determining the validity of an alleged threat and how to respond to the threat.

51.     Such factors include the source and credibility of the information at the staff members' disposal, the resources available to address credible threats and the rights of inmates at the institution.

52.     Policy does not dictate a particular response; instead it affords the officials discretion to exercise correctional judgment in evaluating and responding to an alleged threat.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my information, knowledge and belief.

EXECUTED:  January 13, 2022, in Tucson, Arizona.

JESSE REY
Complex Captain
Federal Correctional Complex Tucson

/ Ex. A – Jesse Rey Declaration

- 6 -

# Exhibit A
# Attachment 1

```
TCNAG  531.01  *              INMATE HISTORY           *     01-13-2022
PAGE 001        *                 ADM-REL             *     13:37:13


   REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
   CATEGORY: ARS         FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
CLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-03-2021 1330 CURRENT
CLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-03-2021 1138 09-03-2021 1330
CLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-24-2021 0934 09-03-2021 1138
CLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-24-2021 0807 05-24-2021 0934
CLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 01-07-2021 1241 05-24-2021 0807
B16     RELEASE    RELEASED FROM IN-TRANSIT FACL 01-07-2021 1241 01-07-2021 1241
B16     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-07-2021 0556 01-07-2021 1241
ATL     HLD REMOVE HOLDOVER REMOVED               01-07-2021 0556 01-07-2021 0556
ATL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  12-16-2020 1403 01-07-2021 0556
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  12-16-2020 1403 12-16-2020 1403
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-16-2020 0900 12-16-2020 1403
OKL     HLD REMOVE HOLDOVER REMOVED               12-16-2020 0800 12-16-2020 0800
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  12-16-2020 0042 12-16-2020 0800
8-N     RELEASE    RELEASED FROM IN-TRANSIT FACL  12-16-2020 0142 12-16-2020 0142
8-N     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-14-2020 2019 12-16-2020 0142
VIP     HLD REMOVE HOLDOVER REMOVED               12-14-2020 1719 12-14-2020 1719
VIP     A-BOP HLD  HOLDOVER FOR INST TO INST TRF  12-04-2020 1359 12-14-2020 1719
9-I     RELEASE    RELEASED FROM IN-TRANSIT FACL  12-04-2020 1659 12-04-2020 1659
9-I     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-04-2020 0922 12-04-2020 1659
TCP     TRANS SEG  TRANSFER-SEGREGATION           12-04-2020 0722 12-17-2020 0600
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  01-17-2020 2010 12-04-2020 0722
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-17-2020 1519 01-17-2020 2010
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  12-16-2019 1357 01-17-2020 1519
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-16-2019 1216 12-16-2019 1357
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  08-10-2019 0438 12-16-2019 1216
TCP     ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 08-09-2019 1835 08-10-2019 0438
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  08-06-2019 1512 08-09-2019 1835
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-06-2019 1219 08-06-2019 1512
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  07-13-2019 0328 08-06-2019 1219
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-12-2019 2332 07-13-2019 0328
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  12-27-2018 0937 07-12-2019 2332
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-27-2018 0803 12-27-2018 0937
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  11-22-2018 2142 12-27-2018 0803
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-22-2018 1555 11-22-2018 2142
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  11-19-2018 1128 11-22-2018 1555
TCP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-19-2018 0921 11-19-2018 1128
TCP     A-DES      DESIGNATED, AT ASSIGNED FACIL  02-15-2018 1531 11-19-2018 0921
4-L     RELEASE    RELEASED FROM IN-TRANSIT FACL  02-15-2018 1731 02-15-2018 1731
4-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-15-2018 0916 02-15-2018 1731
RCH     TRANSFER   TRANSFER                       02-15-2018 0816 02-15-2018 0816
RCH     A-DES      DESIGNATED, AT ASSIGNED FACIL  01-13-2018 1231 02-15-2018 0816




G0002      MORE PAGES TO FOLLOW . . .
```

```
   TCNAG  531.01 *                     INMATE HISTORY              *      01-13-2022
PAGE 002        *                        ADM-REL                  *      13:37:13


   REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
   CATEGORY: ARS          FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
RCH     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    01-12-2018 2301 01-13-2018 1231
RCH     A-DES      DESIGNATED, AT ASSIGNED FACIL    09-07-2017 1522 01-12-2018 2301
RCH     ADM CHANGE RELEASE FOR ADMISSION CHANGE     09-07-2017 1521 09-07-2017 1522
RCH     A-DES      DESIGNATED, AT ASSIGNED FACIL    06-14-2017 1219 09-07-2017 1521
4-U     RELEASE    RELEASED FROM IN-TRANSIT FACL    06-14-2017 1319 06-14-2017 1319
4-U     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   06-14-2017 0440 06-14-2017 1319
SPG     TRANSFER   TRANSFER                         06-14-2017 0340 06-14-2017 0340
SPG     A-DES      DESIGNATED, AT ASSIGNED FACIL    04-27-2017 1420 06-14-2017 0340
SPG     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    04-26-2017 1418 04-27-2017 1420
SPG     A-DES      DESIGNATED, AT ASSIGNED FACIL    10-26-2016 1222 04-26-2017 1418
5-Q     RELEASE    RELEASED FROM IN-TRANSIT FACL    10-26-2016 1322 10-26-2016 1322
5-Q     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   10-26-2016 0905 10-26-2016 1322
GRE     HLD REMOVE HOLDOVER REMOVED                 10-26-2016 0805 10-26-2016 0805
GRE     A-BOP HLD  HOLDOVER FOR INST TO INST TRF    10-03-2016 2046 10-26-2016 0805
9-G     RELEASE    RELEASED FROM IN-TRANSIT FACL    10-03-2016 2146 10-03-2016 2146
9-G     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   10-03-2016 1946 10-03-2016 2146
THP     TRANSFER   TRANSFER                         10-03-2016 1946 10-03-2016 1946
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    10-03-2016 1933 10-03-2016 1946
9-G     RELEASE    RELEASED FROM IN-TRANSIT FACL    10-03-2016 1933 10-03-2016 1933
9-G     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   10-03-2016 1931 10-03-2016 1933
THP     TRANSFER   TRANSFER                         10-03-2016 1931 10-03-2016 1931
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    10-03-2016 1929 10-03-2016 1931
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    10-03-2016 1920 10-03-2016 1929
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    10-03-2016 1835 10-03-2016 1920
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    10-03-2016 0330 10-03-2016 1835
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    10-03-2016 0329 10-03-2016 0330
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    10-02-2016 2250 10-03-2016 0329
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    07-30-2016 1447 10-02-2016 2250
THP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    07-28-2016 1347 07-30-2016 1447
THP     A-DES      DESIGNATED, AT ASSIGNED FACIL    07-25-2016 1354 07-28-2016 1347
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL    07-25-2016 1354 07-25-2016 1354
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   07-25-2016 1000 07-25-2016 1354
OKL     HLD REMOVE HOLDOVER REMOVED                 07-25-2016 0900 07-25-2016 0900
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF    07-18-2016 1630 07-25-2016 0900
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL    07-18-2016 1730 07-18-2016 1730
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL   07-18-2016 0538 07-18-2016 1730
ALP     TRANSFER   TRANSFER                         07-18-2016 0538 07-18-2016 0538
ALP     A-DES      DESIGNATED, AT ASSIGNED FACIL    07-14-2016 1512 07-18-2016 0538
ALP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    07-14-2016 1040 07-14-2016 1512
ALP     A-DES      DESIGNATED, AT ASSIGNED FACIL    07-08-2016 1651 07-14-2016 1040
ALP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN    07-08-2016 1159 07-08-2016 1651




G0002        MORE PAGES TO FOLLOW . . .
```

```
 TCNAG  531.01  *              INMATE HISTORY            *        01-13-2022
PAGE 003        *                 ADM-REL               *        13:37:13


  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS         FUNCTION: PRT        FORMAT:


FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
ALP     A-DES      DESIGNATED, AT ASSIGNED FACIL 06-06-2016 1756 07-08-2016 1159
ALP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-05-2016 2323 06-06-2016 1756
ALP     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-25-2016 2124 06-05-2016 2323
ALP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-25-2016 1415 05-25-2016 2124
ALP     A-DES      DESIGNATED, AT ASSIGNED FACIL 03-10-2016 1440 05-25-2016 1415
9-G     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-10-2016 1440 03-10-2016 1440
9-G     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-10-2016 0522 03-10-2016 1440
THP     TRANSFER   TRANSFER                      03-10-2016 0522 03-10-2016 0522
THP     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-09-2016 1647 03-10-2016 0522
5-X     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-09-2016 1647 03-09-2016 1647
5-X     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-09-2016 0002 03-09-2016 1647
FLP     TRANSFER   TRANSFER                      03-08-2016 2202 03-08-2016 2202
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 02-16-2016 1131 03-08-2016 2202
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-09-2016 1007 02-16-2016 1131
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 01-12-2016 1055 02-09-2016 1007
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-11-2016 0025 01-12-2016 1055
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-11-2015 0355 01-11-2016 0025
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-11-2015 0030 10-11-2015 0355
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-09-2015 1924 10-11-2015 0030
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-09-2015 1008 10-09-2015 1924
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-29-2015 1200 10-09-2015 1008
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-29-2015 0604 09-29-2015 1200
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 08-30-2015 1649 09-29-2015 0604
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-29-2015 1215 08-30-2015 1649
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 08-17-2015 1922 08-29-2015 1215
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-17-2015 1113 08-17-2015 1922
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-26-2015 0109 08-17-2015 1113
FLP     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-25-2015 1939 05-26-2015 0109
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 04-02-2015 1625 05-25-2015 1939
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-02-2015 1825 04-02-2015 1825
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-02-2015 1000 04-02-2015 1825
OKL     HLD REMOVE HOLDOVER REMOVED              04-02-2015 0900 04-02-2015 0900
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-27-2015 1445 04-02-2015 0900
OKL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-27-2015 0850 03-27-2015 1445
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-18-2015 1030 03-27-2015 0850
B11     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-18-2015 1130 03-18-2015 1130
B11     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-18-2015 0545 03-18-2015 1130
SPG     TRANSFER   TRANSFER                      03-18-2015 0445 03-18-2015 0445
SPG     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-01-2014 1300 03-18-2015 0445
SPG     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-01-2014 1052 11-01-2014 1300
SPG     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-08-2014 1113 11-01-2014 1052




G0002      MORE PAGES TO FOLLOW . . .
```

```
 TCNAG  531.01 *               INMATE HISTORY           *    01-13-2022
PAGE 004      *                   ADM-REL               *    13:37:13


  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS          FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
5-Z     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-08-2014 1213 10-08-2014 1213
5-Z     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-08-2014 0917 10-08-2014 1213
FLM     TRANSFER   TRANSFER                      10-08-2014 0717 10-08-2014 0717
FLM     A-DES      DESIGNATED, AT ASSIGNED FACIL 06-09-2013 1533 10-08-2014 0717
FLM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-08-2013 1741 06-09-2013 1533
FLM     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-30-2012 1958 06-08-2013 1741
FLM     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-30-2012 1258 11-30-2012 1958
FLM     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-19-2012 1213 11-30-2012 1258
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-19-2012 1413 07-19-2012 1413
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-19-2012 1050 07-19-2012 1413
OKL     HLD REMOVE HOLDOVER REMOVED              07-19-2012 0950 07-19-2012 0950
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-18-2012 1645 07-19-2012 0950
7-E     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-18-2012 1745 07-18-2012 1745
7-E     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-18-2012 0923 07-18-2012 1745
HOU     HLD REMOVE HOLDOVER REMOVED              07-18-2012 0823 07-18-2012 0823
HOU     A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-11-2012 1814 07-18-2012 0823
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-11-2012 1914 07-11-2012 1914
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-11-2012 1230 07-11-2012 1914
HOU     HLD REMOVE HOLDOVER REMOVED              07-11-2012 1130 07-11-2012 1130
HOU     A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-05-2012 1741 07-11-2012 1130
7-E     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-05-2012 1841 07-05-2012 1841
7-E     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-05-2012 1112 07-05-2012 1841
HOU     HLD REMOVE HOLDOVER REMOVED              07-05-2012 1012 07-05-2012 1012
HOU     A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-04-2012 1639 07-05-2012 1012
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 04-04-2012 1739 04-04-2012 1739
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-04-2012 1125 04-04-2012 1739
OKL     HLD REMOVE HOLDOVER REMOVED              04-04-2012 1025 04-04-2012 1025
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-30-2012 1825 04-04-2012 1025
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-30-2012 1925 03-30-2012 1925
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-30-2012 1001 03-30-2012 1925
FLM     FED WRIT   RELEASE ON FEDERAL WRIT       03-30-2012 0801 07-19-2012 1213
FLM     A-DES      DESIGNATED, AT ASSIGNED FACIL 02-25-2011 1629 03-30-2012 0801
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL 02-25-2011 1829 02-25-2011 1829
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-25-2011 0852 02-25-2011 1829
OKL     HLD REMOVE HOLDOVER REMOVED              02-25-2011 0752 02-25-2011 0752
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-16-2011 1645 02-25-2011 0752
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL 02-16-2011 1745 02-16-2011 1745
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-16-2011 1020 02-16-2011 1745
ATL     HLD REMOVE HOLDOVER REMOVED              02-16-2011 1020 02-16-2011 1020
ATL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 02-07-2011 1631 02-16-2011 1020
B03     RELEASE    RELEASED FROM IN-TRANSIT FACL 02-07-2011 1631 02-07-2011 1631




G0002      MORE PAGES TO FOLLOW . . .
```

```
  TCNAG  531.01 *                    INMATE HISTORY           *        01-13-2022
PAGE 005        *                    ADM-REL                  *        13:37:13


   REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
   CATEGORY: ARS          FUNCTION: PRT        FORMAT:


FCL      ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
B03      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-07-2011 0952 02-07-2011 1631
TDG      TRANSFER   TRANSFER                  02-07-2011 0852 02-07-2011 0852
TDG      A-DES      DESIGNATED, AT ASSIGNED FACIL 10-19-2010 2046 02-07-2011 0852
TDG      LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-19-2010 1443 10-19-2010 2046
TDG      A-DES      DESIGNATED, AT ASSIGNED FACIL 08-06-2009 0721 10-19-2010 1443
S25      RELEASE    RELEASED FROM IN-TRANSIT FACL 08-06-2009 0821 08-06-2009 0821
S25      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-06-2009 0403 08-06-2009 0821
EDG      HLD REMOVE HOLDOVER REMOVED          08-06-2009 0403 08-06-2009 0403
EDG      A-BOP HLD  HOLDOVER FOR INST TO INST TRF 07-09-2009 0956 08-06-2009 0403
8-I      RELEASE    RELEASED FROM IN-TRANSIT FACL 07-09-2009 0956 07-09-2009 0956
8-I      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-09-2009 0232 07-09-2009 0956
CLP      TRANS SEG  TRANSFER-SEGREGATION      07-09-2009 0232 08-06-2009 0722
CLP      A-REL CHNG ADMISSION FOR RELEASE CHANGE 07-09-2009 0230 07-09-2009 0232
8-I      RELEASE    RELEASED FROM IN-TRANSIT FACL 07-16-2009 1302 07-16-2009 1302
8-I      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-16-2009 1300 07-16-2009 1302
CLP      ADMIN REL  ADMINISTRATIVE RELEASE    07-16-2009 1300 07-16-2009 1300
CLP      A-ADMIN    ADMINISTRATIVE ADMISSION  07-16-2009 1253 07-16-2009 1300
6-J      RELEASE    RELEASED FROM IN-TRANSIT FACL 07-16-2009 1253 07-16-2009 1253
6-J      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-09-2009 0954 07-16-2009 1253
EDG      HLD REMOVE HOLDOVER REMOVED          07-09-2009 0954 07-09-2009 0954
EDG      A-BOP HLD  HOLDOVER FOR INST TO INST TRF 07-09-2009 0952 07-09-2009 0954
EDG      ADM CHANGE RELEASE FOR ADMISSION CHANGE 07-09-2009 0950 07-09-2009 0952
EDG      A-HLD      HOLDOVER, TEMPORARILY HOUSED 07-09-2009 0948 07-09-2009 0950
8-I      RELEASE    RELEASED FROM IN-TRANSIT FACL 07-09-2009 0948 07-09-2009 0948
8-I      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-09-2009 0225 07-09-2009 0948
CLP      TRANSFER   TRANSFER                  07-09-2009 0225 07-09-2009 0225
CLP      A-DES      DESIGNATED, AT ASSIGNED FACIL 01-06-2009 1704 07-09-2009 0225
A01      RELEASE    RELEASED FROM IN-TRANSIT FACL 01-06-2009 1704 01-06-2009 1704
A01      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-06-2009 1105 01-06-2009 1704
OKL      HLD REMOVE HOLDOVER REMOVED          01-06-2009 1005 01-06-2009 1005
OKL      A-HLD      HOLDOVER, TEMPORARILY HOUSED 12-11-2008 1830 01-06-2009 1005
A02      RELEASE    RELEASED FROM IN-TRANSIT FACL 12-11-2008 1930 12-11-2008 1930
A02      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-11-2008 1455 12-11-2008 1930
HOU      HLD REMOVE HOLDOVER REMOVED          12-11-2008 1355 12-11-2008 1355
HOU      A-HLD      HOLDOVER, TEMPORARILY HOUSED 10-07-2008 1822 12-11-2008 1355
HOU      ADM CHANGE RELEASE FOR ADMISSION CHANGE 10-07-2008 1821 10-07-2008 1822
HOU      A-PRE      PRE-SENT ADMIT, ADULT     10-07-2008 1820 10-07-2008 1821
7-E      RELEASE    RELEASED FROM IN-TRANSIT FACL 10-07-2008 1920 10-07-2008 1920
7-E      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-19-2008 1636 10-07-2008 1920
HOU      HLD REMOVE HOLDOVER REMOVED          08-19-2008 1536 08-19-2008 1536
HOU      A-HLD      HOLDOVER, TEMPORARILY HOUSED 05-30-2008 1800 08-19-2008 1536




G0002      MORE PAGES TO FOLLOW . . .
```

```
  TCNAG  531.01  *            INMATE HISTORY            *        01-13-2022
PAGE 006          *              ADM-REL               *        13:37:13


  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS          FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL 05-30-2008 1900 05-30-2008 1900
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-30-2008 1020 05-30-2008 1900
OKL     HLD REMOVE HOLDOVER REMOVED              05-30-2008 0920 05-30-2008 0920
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  05-29-2008 1855 05-30-2008 0920
8-N     RELEASE    RELEASED FROM IN-TRANSIT FACL 05-29-2008 1955 05-29-2008 1955
8-N     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-29-2008 1047 05-29-2008 1955
VIP     FED WRIT   RELEASE ON FEDERAL WRIT       05-29-2008 0747 05-29-2008 0749
VIP     A-DES      DESIGNATED, AT ASSIGNED FACIL 02-14-2008 1730 05-29-2008 0747
A01     RELEASE    RELEASED FROM IN-TRANSIT FACL 02-14-2008 2030 02-14-2008 2030
A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-14-2008 0900 02-14-2008 2030
FLP     TRANSFER   TRANSFER                      02-14-2008 0700 02-14-2008 0700
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 01-30-2008 0124 02-14-2008 0700
FLP     ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 01-29-2008 2145 01-30-2008 0124
FLP     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-03-2007 1336 01-29-2008 2145
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-03-2007 1536 10-03-2007 1536
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-03-2007 1035 10-03-2007 1536
OKL     HLD REMOVE HOLDOVER REMOVED              10-03-2007 0935 10-03-2007 0935
OKL     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 09-25-2007 1530 10-03-2007 0935
B18     RELEASE    RELEASED FROM IN-TRANSIT FACL 09-25-2007 1630 09-25-2007 1630
B18     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-25-2007 0707 09-25-2007 1630
BMP     TRANSFER   TRANSFER                      09-25-2007 0607 09-25-2007 0607
BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL 08-24-2007 1520 09-25-2007 0607
7-E     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-24-2007 1620 08-24-2007 1620
7-E     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-24-2007 1431 08-24-2007 1620
HOU     HLD REMOVE HOLDOVER REMOVED              08-24-2007 1331 08-24-2007 1331
HOU     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 08-17-2007 2150 08-24-2007 1331
B18     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-17-2007 2250 08-17-2007 2250
B18     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-17-2007 2046 08-17-2007 2250
BMP     TRANS SEG  TRANSFER-SEGREGATION          08-17-2007 1946 08-24-2007 1520
BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-11-2007 1330 08-17-2007 1946
6-Z     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-11-2007 1430 07-11-2007 1430
6-Z     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-11-2007 1412 07-11-2007 1430
BML     HLD REMOVE HOLDOVER REMOVED              07-11-2007 1312 07-11-2007 1312
BML     A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-26-2007 1224 07-11-2007 1312
7-A     RELEASE    RELEASED FROM IN-TRANSIT FACL 06-26-2007 1324 06-26-2007 1324
7-A     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-26-2007 1317 06-26-2007 1324
BMP     TRANS SEG  TRANSFER-SEGREGATION          06-26-2007 1217 07-11-2007 1330
BMP     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-07-2007 1636 06-26-2007 1217
B17     RELEASE    RELEASED FROM IN-TRANSIT FACL 05-07-2007 1736 05-07-2007 1736
B17     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-07-2007 0650 05-07-2007 1736
OKL     HLD REMOVE HOLDOVER REMOVED              05-07-2007 0550 05-07-2007 0550



G0002       MORE PAGES TO FOLLOW . . .
```

```
  TCNAG  531.01 *              INMATE HISTORY           *    01-13-2022
PAGE 007 OF 007 *                ADM-REL                *      13:37:13


  REG NO..: 16267-064 NAME....: PINSON, JEREMY VAUGHN
  CATEGORY: ARS        FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  05-01-2007 1005 05-07-2007 0550
9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 05-01-2007 1105 05-01-2007 1105
9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-19-2007 0811 05-01-2007 1105
DSC     ADMIN REL  ADMINISTRATIVE RELEASE        04-19-2007 0711 04-19-2007 0711
DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      04-18-2007 1344 04-19-2007 0711
P06     RELEASE 04 RELEASED FROM IN-TRANSIT, APR 04-18-2007 1444 04-18-2007 1444
P06     A-ADMIT 12 ADMITTED TO IN-TRANSIT, DEC   12-16-2006 0530 04-18-2007 1444
6-K     RELEASE    RELEASED FROM IN-TRANSIT FACL 12-16-2006 0530 12-16-2006 0530
6-K     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-2006 1345 12-16-2006 0530
OKL     HLD REMOVE HOLDOVER REMOVED             08-18-2006 1245 08-18-2006 1245
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-18-2006 1015 08-18-2006 1245
B04     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-18-2006 1115 08-18-2006 1115
B04     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-2006 0713 08-18-2006 1115
TEX     HLD REMOVE HOLDOVER REMOVED             08-18-2006 0613 08-18-2006 0613
TEX     A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-17-2006 1407 08-18-2006 0613
2-Y     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-17-2006 1507 08-17-2006 1507
2-Y     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-17-2006 0930 08-17-2006 1507
FTW     HLD REMOVE HOLDOVER REMOVED             08-17-2006 0830 08-17-2006 0830
FTW     A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-11-2006 0801 08-17-2006 0830
FTW     ADM CHANGE RELEASE FOR ADMISSION CHANGE 08-11-2006 0800 08-11-2006 0801
FTW     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-26-2006 2055 08-11-2006 0800
FTW     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-26-2006 1805 07-26-2006 2055
FTW     A-DES      DESIGNATED, AT ASSIGNED FACIL 07-23-2006 0042 07-26-2006 1805
FTW     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-22-2006 2013 07-23-2006 0042
FTW     A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-20-2006 0845 07-22-2006 2013
B17     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-20-2006 0945 07-20-2006 0945
B17     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-20-2006 0545 07-20-2006 0945
OKL     HLD REMOVE HOLDOVER REMOVED             07-20-2006 0445 07-20-2006 0445
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-13-2006 1123 07-20-2006 0445
9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 07-13-2006 1223 07-13-2006 1223
9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-07-2006 1642 07-13-2006 1223
DSC     ADMIN REL  ADMINISTRATIVE RELEASE        07-07-2006 1542 07-07-2006 1542
DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      07-07-2006 1528 07-07-2006 1542


G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit A
Attachment 2

```
   TCNAG            *      PUBLIC INFORMATION         *      01-13-2022
PAGE 001            *           INMATE DATA           *      13:38:02
                                AS OF 01-13-2022


REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

                        RESP OF: CLP
                        PHONE..: 352-689-7000    FAX: 352-689-7012
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  35
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 09-08-2026                          PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
       TCNAG           *        PUBLIC INFORMATION       *      01-13-2022
   PAGE 002            *          INMATE DATA            *      13:38:02
                              AS OF 01-13-2022


   REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN


                      RESP OF: CLP
                      PHONE..: 352-689-7000    FAX: 352-689-7012
   FSA ELIGIBILITY STATUS IS: INELIGIBLE


   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

   HOME DETENTION ELIGIBILITY DATE....: 03-08-2026

   THE INMATE IS PROJECTED FOR RELEASE: 09-08-2026 VIA GCT REL

   ---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

   COURT OF JURISDICTION..........: OKLAHOMA, WESTERN DISTRICT
   DOCKET NUMBER..................: CR. 06-114-1-R
   JUDGE..........................: RUSSELL
   DATE SENTENCED/PROBATION IMPOSED: 04-02-2007
   DATE COMMITTED..................: 05-07-2007
   HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED..............: NO

                    FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
   NON-COMMITTED.: $100.00         $00.00           $00.00       $00.00

   RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

   ------------------------CURRENT OBLIGATION NO: 010 --------------------------
   OFFENSE CODE...: 881     18:871,879 THREATS, OTHER
   OFF/CHG: 18:871(A) THREATS AGAINST PRESIDENT; A CLASS D FELONY

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
    TERM OF SUPERVISION............:    3 YEARS
    DATE OF OFFENSE................: 08-17-2005

   ---------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

   COURT OF JURISDICTION..........: OKLAHOMA, WESTERN DISTRICT
   DOCKET NUMBER..................: CR. 07-23-1-R
   JUDGE..........................: RUSSELL
   DATE SENTENCED/PROBATION IMPOSED: 04-02-2007
   DATE COMMITTED..................: 05-07-2007
   HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED..............: NO




   G0002      MORE PAGES TO FOLLOW . . .
```

Ex. A, Att. 2, p. 2

```
TCNAG              *        PUBLIC INFORMATION        *      01-13-2022
PAGE 003           *           INMATE DATA            *      13:38:02
                            AS OF 01-13-2022


REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN


                    RESP OF: CLP
                    PHONE..: 352-689-7000   FAX: 352-689-7012


                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00        $00.00


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE...: 153      18:286,371 FRAUD, OTHER
OFF/CHG: 18:1001(A)(2) FALSE STATEMENT; A CLASS D FELONY
         18:876(C) THREAT TO A JUROR, A CLASS C FELONY

 SENTENCE PROCEDURE............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 TERM OF SUPERVISION............:     2 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 020 010 020
 DATE OF OFFENSE................: 12-07-2006

---------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION..........: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER..................: 4:08CR00283-001
JUDGE..........................: ROSENTHAL
DATE SENTENCED/PROBATION IMPOSED: 12-08-2008
DATE COMMITTED.................: 01-06-2009
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $1,000.00     $00.00


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00












G0002       MORE PAGES TO FOLLOW . . .
```

Ex. A, Att. 2, p. 3

```
  TCNAG          *      PUBLIC INFORMATION       *      01-13-2022
PAGE 004         *          INMATE DATA          *      13:38:02
                         AS OF 01-13-2022


REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN


                  RESP OF: CLP
                  PHONE..: 352-689-7000   FAX: 352-689-7012
------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  120     18:876 EXTORTION
OFF/CHG: 18:876 MAILING THREATENING COMMUNICATIONS


  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   24 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: 12M CS/12M CC
  DATE OF OFFENSE................: 08-21-2007


------------------------CURRENT COMPUTATION NO: 020 ------------------------


COMPUTATION 020 WAS LAST UPDATED ON 11-04-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-14-2009 BY DESIG/SENTENCE COMPUTATION CTR


THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010, 040 010


DATE COMPUTATION BEGAN..........: 04-02-2007
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  252 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   21 YEARS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 08-17-2005

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   11-18-2006   04-01-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
       TCNAG          *        PUBLIC INFORMATION        *        01-13-2022
PAGE 005 OF 005 *                 INMATE DATA            *        13:38:02
                          AS OF 01-13-2022


REGNO..: 16267-064 NAME: PINSON, JEREMY VAUGHN

                     RESP OF: CLP
                     PHONE..: 352-689-7000   FAX: 352-689-7012
TOTAL PRIOR CREDIT TIME.........: 135
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 436
TOTAL GCT EARNED................: 112
STATUTORY RELEASE DATE PROJECTED: 09-08-2026
ELDERLY OFFENDER TWO THIRDS DATE: 11-18-2020
EXPIRATION FULL TERM DATE.......: 11-18-2027
TIME SERVED.....................:    15 YEARS      1 MONTHS     27 DAYS
PERCENTAGE OF FULL TERM SERVED..: 72.1
PERCENT OF STATUTORY TERM SERVED: 76.5


PROJECTED SATISFACTION DATE.....: 09-08-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit A

Attachment 3

# Form 583 Report of Incident

Incident #:  TCP-20-0040  Submitted By:  von Blanckensee, B.            Date/Time Of Incident:      12/16/2019 5:36 PM

## Section 1: General Information

Staff Aware Date:  12/16/2019 5:36 PM

FBI Notified:   No        USMS Notified:   No        Indicate Where Incident Occurred:     Main Facility

Location Level 1:   Food Service              Level 2:  Food Service                    Level 3:  I/M DINING

| Type Of Incident | | Institution Locked Down:     No |
|---|---|---|
| ☐ Assault On Inmate | | |
| ☐ Assault On Staff | | Modified Operations:    No |
| ☐ Assault, Attempted On Inmate | | Cause Of Incident Known?   No |
| ☐ Assault, Attempted On Staff | | |
| ☐ Bomb Threat | | **Cause Of Incident** |
| ☑ Disruptive Behavior | | ☐ Alcohol |
| ☐ Drone Recovered | | ☐ Commissary |
| ☐ Drone Sighting | | ☐ Debts |
| ☐ Escape From Non-secure Facility | | ☐ Disrespect Issue |
| ☐ Escape From Secure Facility | | ☐ Drugs |
| ☐ Escape, Attempted From Non-secure Facility | | ☐ Ethnic Conflict |
| ☐ Escape, Attempted From Secure Facility | | ☐ Food Issue |
| ☑ Fight | | ☐ Geographical Conflict |
| ☐ Inmate Death | | ☐ Interfering with Staff duties |
| ☐ Institution Disturbance | | ☐ K-2 or Any Synthetic Drug Substance |
| ☐ Introduction Of Contraband | | ☐ Property Issue |
| ☐ Lethal Weapons Discharge | | ☐ Racial Conflict |
| ☐ Self Mutilation | | ☐ Recreation Equipment |
| ☐ Setting A Fire | | ☐ Religious Issue |
| ☐ Sexual Act, Non-consensual On Inmate | | ☐ Security Threat Group Conflict |
| ☐ Sexual Assault On Staff | | ☐ Sexual Pressure |
| ☐ Sexual Contact, Abusive On Inmate | | ☐ Sporting Events |
| ☐ Sexual Harassment, Repetitive | | ☐ Telephone |
| ☐ Staff Homicide | | ☐ Theft |
| ☐ Strike, Food | | ☐ Unknown Drug Substance |
| ☐ Strike, Work | | ☐ Visiting |
| ☐ Suicide Attempt | | ☐ Work Issue |
| ☑ Use Of Force | | |
| ☐ Use Of Force/Applications Of Restraints | | |
| ☐ Use of Restraints, Pregnant/Postpartum | | |

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

Ex. A, Att. 3, p. 1

# Form 583 Report of Incident

Incident #:  TCP-20-0040  Submitted By:  von Blanckensee, B.          Date/Time Of Incident:    12/16/2019 5:36 PM

## Section 2: Inmates Involved

Reg #:  ▓▓▓▓▓          Name:  ▓▓▓▓▓▓▓
Role:   Assailant          Medical Attention Required:   Institution          Injury Category:   Minor Injury
Weapon (per inmate):   No          Use of Force (per inmate):   No          Chemical Used (per inmate):   No
CIMS: Yes                    STG: No

Restraints (per inmate):   Escort Only

Death (per inmate):        No

Reg #:  16267064          Name:  PINSON, JEREMY
Role:   Assailant          Medical Attention Required:   Institution          Injury Category:   Minor Injury
Weapon (per inmate):   No          Use of Force (per inmate):   Yes          Chemical Used (per inmate):   No
CIMS: Yes                    STG: Yes

Restraints (per inmate):   Escort Only

Death (per inmate):        No

## Section 3: Others Involved

Name:  RUIZ, R                              Person Type:   Staff
Medical Attention Required:   Institution          Death:   No
Injury Category:   No Injury                  Staff Injury by Inmate:   No
Sexual Assault:   No

## Section 4: Lethal Weapon Discharge

No data found.

## Section 5: Use of Force

Use of Force Classification:     Emergency, Unplanned Use Of Force
Contained Date:  12/16/2019 5:36 PM     Elapsed Time:  0:00          Verification Method:   Staff Estimate

| Staff Name | Med Attn Req | Injury Cat. | Role |
|---|---|---|---|
| AYALA, J | No | No Injury | UOF Lieutenant |
| RUIZ, R | Institution | No Injury | Immediate UOF Staff |
| SCHNEIDER, T | No | No Injury | Camera Operator |

Was Incident Videotaped?     Yes

    If Yes, Was Video Tape Sequential?     Yes

      If No, Why:

| Reason For Use Of Force |
|---|

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

Ex. A, Att. 3, p. 2

# Form 583 Report of Incident

Incident #:  TCP-20-0040  Submitted By:  von Blanckensee, B.          Date/Time Of Incident:    12/16/2019 5:36 PM

☑ Displayed Signs Of Imminent Violence
☑ Became Violent/Assaultive

| Chemicals Used | |
|---|---|
| Chemical | Quantity |
| No data found. | |

| Less-Lethal Weapons Used | |
|---|---|
| Less-Lethal Weapon | Quantity |
| No data found. | |

| Other Equipment Used | |
|---|---|
| Other Equipment | Quantity |
| No data found. | |

## Section 6: Description of Incident

DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.

On December 16, 2019, at approximately 5:36 PM, staff announced, "Inmates fighting in Food Service."  Specifically, inmate ██████, Reg. No. ██████ approached inmate Jeremy Pinson, Reg. No. 16267-064, at the front of the serving line and struck inmate Pinson about the head and upper body, with a closed fist several times. At that time, inmate Pinson struck inmate ████ about the head and upper torso area. Responding staff directed the inmates to cease their disruptive behavior, but inmate Pinson was over inmate ██████, so Food Service Staff immediately placed inmate Pinson to the ground, with the least amount of force necessary to gain control of the inmate.  Both inmates were then separated, placed in hand restraints and escorted from Food Service.  Both inmates were photographed, medically assessed on camera, scanned in R & D, and provided a urine sample.  Both inmates sustained superficial injuries consistent with being in a physical altercation, but none requiring medical attention at a local hospital. Both were placed in Special Housing without further incident. All notifications were made.

No staff were injured.
UOF was conducted.
OC was not deployed.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|---|---|---|---|
| 12/17/2019 | Working COC1.pdf | TF45674 | TCN |
| 12/17/2019 | INMATE PHOTOS.pdf | TF47457 | TCN |
| 12/17/2019 | STAFF MEMOS.pdf | TF47457 | TCN |
| 12/17/2019 | STAFF MEDICAL ASSESSMENT.pdf | TF47457 | TCN |
| 12/17/2019 | OPS MEMO.pdf | TF47457 | TCN |

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

Incident #:  TCP-20-0040  Submitted By:  von Blanckensee, B.          Date/Time Of Incident:    12/16/2019 5:36 PM

| | | | |
|---|---|---|---|
| 12/17/2019 | MEDICAL ASSESSMENT PINSON.pdf | TF47457 | TCN |
| 12/17/2019 | MEDICAL ASSESSMENT ███████.pdf | TF47457 | TCN |
| 12/17/2019 | LT LOG.pdf | TF47457 | TCN |
| 12/17/2019 | INSTITUTION ROSTER.pdf | TF47457 | TCN |
| 12/17/2019 | INMATE DATA.pdf | TF47457 | TCN |
| 12/17/2019 | INCIDENT REPORTS.pdf | TF47457 | TCN |
| 12/17/2019 | COC UA PINSON.pdf | TF47457 | TCN |
| 12/17/2019 | COC UA ███████.pdf | TF47457 | TCN |
| 12/17/2019 | AD ORDERS.pdf | TF47457 | TCN |

Approved By:    SUBMITTED
                               von Blanckensee, B.

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

Ex. A, Att. 3, p. 4

# Exhibit A
# Attachment 4



U.S. Department of Justice

Federal Bureau of Prisons

Inmate Investigative Report

Institution:   Tucson USP

Case Number:   TCP-20-0043

Investigation Type:   Investigative / Incident

Inmates Involved:

| Register Number | Name | Role |
|---|---|---|
| 16267064 | PINSON, JEREMY | Victim |

 

Staff Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

Others Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

Investigator:   Calvillo, X███         Date:   12/22/2019 8:15:26 PM CST

CMC:   PULLEN, S███         Date:   1/13/2020 3:30:42 PM CST

Captain:   MCWHORTER, D███         Date:   1/13/2020 4:05:57 PM CST

Associate Warden:   SEGAL, M███         Date:   1/14/2020 7:30:41 AM CST

Warden:   SEGAL, M███         Date:   1/14/2020 7:31:18 AM CST

Summary:

On December 16, 2019, at approximately 5:36 PM, staff announced, inmates fighting in Food Service.  Specifically, inmate ███████████████ approached inmate Jeremy Pinson, Reg. No. 16267-064, at the front of the serving line and struck inmate Pinson about the head and upper body, with a closed fist several times. Responding staff directed the inmates to cease their disruptive behavior and Food Service Staff immediately placed inmate Pinson to the ground. Both inmates were then separated, placed in hand restraints and escorted from Food Service

Inmate Data:



Name:  16267064 - PINSON, JEREMY

Role:  Victim                          Age:  33     Race:  WHITE

Security Level:   HIGH                 Custody Level:   MAX

Facility Arrival Date:   2/19/2018     Projected Release Date:  5/23/2026

Charges:

| Description | Sentencing District |
| --- | --- |
| (THREAT AGAINST PRESIDENT) 18:4241, 4242 PSYCH STUDY/EVAL | OKLAHOMA, WESTERN DISTRICT |
| 18:1001(A)(2) FALSE STATEMENT; A CLASS D FELONY 18:876(C) THREAT TO A JUROR, A CLASS C FELONY | OKLAHOMA, WESTERN DISTRICT |
| 18:871(A) THREATS AGAINST PRESIDENT; A CLASS D FELONY | OKLAHOMA, WESTERN DISTRICT |
| 18:876 MAILING THREATENING COMMUNICATIONS | TEXAS, SOUTHERN DISTRICT |

STGs:                                  CIMs:







**20-70 D's Response 079**
Ex. A, Att. 4, p. 3

Victim Statements:

Date:  12/20/2019 2:45 PM          Location:  Housing Unit, Special (SHU)

Interviewer:  Calvillo, X██████          Title:  SIS Technician

Interviewee:  16267064 - PINSON, JEREMY

During an interview with Jeremy Pinson, Reg. No. 16267-064, he stated that lives including his self were at danger. There was a message from inmate ██████ that came out of the Special Housing Unit saying, "500 dollars to hit Jeremy Pinson, or 1,000 dollars to hit all of the following inmates: ████████████████████████████████ ██████████████████ Pinson stated that he was not going to send out the message to the other inmates because he is trying to program in D-2 housing unit, Challenge Program and not create any problems.

Date:  12/30/2019 7:00 PM          Location:  Housing Unit, Special (SHU)

Interviewer:  Calvillo, X██████          Title:  SIS Technician

Interviewee:  16267064 - PINSON, JEREMY

During a follow up interview with Inmate Jeremy Pinson, Reg. No. 16267-064, he stated, that all the problems are stemming from Inmate ████████████████████████

Assailant Statements:

Date:  12/30/2019 6:32 PM          Location:  Housing Unit, Special (SHU)

Interviewer:  Calvillo, X██████          Title:  SIS Technician

Interviewee:  ████████████████████████

During an Interview with ████████████████████████████, Stated the reason for assaulting Inmate Jeremy Pinson, Reg. No. 16267-064, was because he was having a bad day. His father had passed away a week before the incident occured and ████████ had been thinking about it a lot. In the days before the incident, inmate Pinson had been coming around frequently and making disrespectful comments towards inmate ██████ Afther that interaction, inmate ██████ in his bad mood and feelings decided to hit inmate pinson at the chow hall, for the comments that were made to ██████. He did state after the fact that he should have not done it and is apologetic. ██████ was asked by this interviewer if anyone paid him to hit or attack anyone ██████'s response is "no".

20-70 D's Response 080
Ex. A, Att. 4, p. 4

Other Statements:

Date: 12/31/2019 5:21 PM      Location: Housing Unit, Special (SHU)

Interviewer: Calvillo, X██      Title: SIS Technician

Interviewee: ██████████████

During an interview with inmate ████████ Pinson, Reg. No. 16267-064. Furthermore, inmate ████ states inmate Pinson attempted to extort ███ with FOIA information that Pinson acquired and is constantly harassing ████.

Date: 12/20/2019 3:05 PM      Location: Lieutenant's Office

Interviewer: Calvillo, X██      Title: SIS Technician

Interviewee: ██████████████

During an interview with Inmate ████████ I asked inmate ████ if he had any issues with other inmates in the general population. Inmate ████ stated, "There is no concern, issues, or problems with being able to continue to program."

Date: 12/20/2019 3:00 PM      Location: Lieutenant's Office

Interviewer: Calvillo, X██      Title: SIS Technician

Interviewee: ██████████████

During an interview with Inmate ████████, I asked inmate ██████ if he had any issues with other inmates in the general population. Inmate ██████ stated there is no concerns, issues, or problems with being able to continue to program.

Date: 12/31/2019 5:21 PM      Location:

Interviewer: Written      Title:

Interviewee: ██████████████

████ What's good Homie, I just spoke with Grace (Pinson) he thinking because I am native that I'm going ride with his bullshit he is putting on you. He asked me to tell SIS that us natives have a issue with you. I asked why? he said you owe him $500 I know that's bullshit you don't owe anyone especially grace. I just want to give you a heads up to watch out if you need me to holler at SIS you can call on me for you. But rather not get involved and have a trany (transgender) life any type of hit on me "prea" But I don't like this bitch trying to put staff on people an using my people to get in shit. Let me know. ██████████

Date: 12/20/2019 3:10 PM      Location:

Interviewer: Calvillo, X██      Title: SIS Technician

Interviewee: ██████████████████

During an interview with Inmate ████████████ I asked inmate ██████ if he had any issues with other inmates in the general population. Inmate ██████ stated, "I have no issues, or problems with being able to continue to program here."

Date: 1/6/2020 6:43 PM      Location:

Interviewer: Written      Title:

Interviewee: ██████████████

Inmate ██████████████ written statement.

I ████████ am putting this on paper, there will be no conflict with ██████ and ████████ dealing with any of the natives, myself ██████████████ and ████████

Factual Findings:

| Item Number | Evidence Number | Item Description | Recovered From Location |
|---|---|---|---|
| TCP-20-00087 | TCP-20-0086 | DVD of NICEVISION PINSON ASSAULT | SIS Office |

CCTV COC

| Type | Subtype | File Name | Original Entered By |
|---|---|---|---|
| Inmate Discipline | Incident Report | INCIDENT REPORTS.pdf | ▉ |

While scanning ID's during dinner, I,Food Service D. John observed inmate ▉▉▉▉▉, striking inmate Pinson, Jeremy, Reg. No. 16267-064, with closed fist around the facial region. Inmate Pinson grabbed ▉▉ striking him with closed fist around the shoulder and facial region. I radioed for assistance and gace ▉▉ and Pinson several verbal commands to stop ad get on the ground. I seperated ▉▉ and other staff assisted with gaining control and seperating Pinson.

| SENTRY | Roster | INSTITUTION ROSTER.pdf | ▉ |
|---|---|---|---|

INSTITUTION ROSTER

| Medical | Inmate Assessments | MEDICAL ASSESSMENT ▉.pdf | ▉ |
|---|---|---|---|

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| Medical | Inmate Assessments | MEDICAL ASSESSMENT PINSON.pdf | ▉ |
|---|---|---|---|

Altercation Assessment-No Injury Identified
Inmate states that he was hit once in the ear, and that was the extent of his involvement. AOX3, speaking in full long sentences. Does not appear to be in distress. Head to toe body visual exam done with no other injury's noted. Inmate's right ear red, no swelling noted @ this time. Skin intact. Inmate cleared by medical for SHU Placement.

| Statements & Written Memorandums | Operation's Lieutenant | OPS MEMO.pdf | ▉ |
|---|---|---|---|

OPS MEMO

| Statements & Written Memorandums | Staff Provided | STAFF MEMOS.pdf | ▉ |
|---|---|---|---|

STAFF MEMO'S

| Photographs | Inmate | INMATE PHOTOS.pdf | ▉ |
|---|---|---|---|

INMATE PHOTOS

| Statements & Written Memorandums | Inmate Provided | Intel Statement from ▉.pdf | ▉ |
|---|---|---|---|

Intel Statement from Inmate ▉▉▉▉▉ Inmate states the assault was a paid hit by inmate ▉▉▉ carried out by ▉▉▉▉ for the amount of $500.

| Statements & Written Memorandums | Inmate Provided | Intel Statement from Inmate ▉.pdf | ▉ |
|---|---|---|---|

Intel Statement from Inmate ▉▉▉ Inmate states the assault was a sanctioned hit by inmate ▉▉▉ because inmate ▉▉▉ thinks that Pinson told on him and got him sent to the Special Housing Unit.  Inmate states this was a paid hit but did not specify an amount.

Conclusion:

At the completion of the investigation, it was determined Inmate Jeremy Pinson, Reg. No. 16267-064 was assaulted by inmate ███████████ in Food Service on December 16, 2019, at approximately 5:36 PM. Specifically, inmate ███████ approached inmate Pinson at the front of the serving line and struck Pinson with a closed fist. A statement provided by ███████ stated he should have not hit Pinson for the disrespectful comments made to him by inmate Pinson. Additionally, ███████ stated he has no animosity toward Pinson and would like to return to the compound to program.

Furthermore, information was received during this investigation that inmate ██████████████████, sanctioned a "Hit" for a monetary value of $500 dollars on inmate Pinson due to continued issues between the two inmates. S.I.S. staff received two written emails from inmates on the yard which stated the assault on Pinson was a hit ordered from the Special Housing Unit by ███████ During the interview with inmate ██████ he stated, "I was not paid to hit Pinson, it was purely based off of Pinson's disrespectful statements to me." Furthermore inmate ████████████████████ denies any involvement in the assault of Pinson and provided a statement, stating, "I don't fuck with Pinson and I never put a hit on that dude." ██████ stated, "I have no animosity toward Pinson and just wish to go back to general population and program." However, information from inmates in the Special Housing Unit and an email received by FCC Tucson S.I.S. department from the ██████████████████ contradicts that statement. In the ██████ email she references extortion, animosity and paperwork checking by inmate Pinson towards inmate ██████. However, none of these allegations by ████ ██████ could be substantiated.

Based off the information received in this investigation it was concluded animosity exists between inmates ██████ and Pinson and if allowed to program on the same yard would possibly result in an act of violence. No animosity exists at this time between inmate ██████ and Pinson over the assault.

Recommendation:

It is recommended Inmates Jeremy Pinson, Reg. No. 16267-064, return to general population to continue his programming needs.

It is recommended inmate ████████████████ remain in the Special Housing Unit pending a transfer to another institution to continue his programming needs.

Furthermore, at the completion of the diciplinary process inmate ████████████████, should return to the general Population to continue with his programming needs.

██████████████████████████████████████████████

CIMS Separation Warranted: ████

Exhibit A
Attachment 5

1. ███████████████ enters into agreement with ██████████ and ██ ███████ to purchase 5 strips of 8mg Suboxone for $1000.

2. ██ fronts ███ the 5 strips, ████ gave 2.5 to ████████

3. ███ to avoid detection asks ██████████ (██) to catch $500 from ██████ and ████ each.

4. ██████ has his girlfriend ██████ send $ to █████████ but not the agreed amount. ████████ sends nothing.

5. When █████ fails to receive $ on Tues. Dec. 10th he becomes angry.

6. Desperate to pay the $ █████████ robs a sex offender in C-1 and gets caught, attacks inmate in C-1.

7. Upon ████████ placement in SHU, ████████ decides to burn ██████ for the drugs and blame it on █████.

8. ██████ injects the drugs along with his cellmate ████████████

9. On Dec. 15 ██████ approaches ██████████ (██) in dining hall and asks him to tell ████ he's going to come into D-2 to assault ████ even if he has to attack staff to get to ██████████

10. ██████ informs me of what ██████ said, I report it.

_Jeremy Pinson_ #16267-064

Exhibit A
Attachment 6

Case Person Info

**Case Participants**

**Case Participant 1**

| | |
|---|---|
| Type | Complainant |
| Additional Role | Victim |
| Name | JEREMY PINSON |
| Race | WHITE |
| Sex | M |
| Ethnicity | HISPANIC |
| Reg. No | 16267-064 |
| Region | SOUTHEAST REGION |
| Institution | COLEMAN II USP |
| Address | P.O. BOX 1034 |
| City | COLEMAN |
| State | FL |
| Zip | 33521 |

**Case Participant 2**

| | |
|---|---|
| Type | Subject |
| Additional Role | |
| Name |  SCHNEIDER |
| Address | |
| City | |
| State | |
| Zip | |
| Soc. Sec. No. | |
| Date of Birth | |
| Race | |
| Sex | |
| Title | CORRECTNL OFFCR |
| Working Title | |
| Pay Plan | |
| Series | |
| Grade | |
| Step | |
| Region | WESTERN REGION - WXR |
| Institution | Tucson (FCI) - TCN |
| Bargaining Unit | |
| Discipline | |
| Hazardous Duty Date | |
| Entered On Duty | |
| Separated Date | |





| Matter ID: OIA-2020-03689 | Short Description: ▓ SCHNEIDER - 062A - ENDANGERING THE SAFETY OF AN INMATE |
|---|---|

## Matter Details

### Login Information

| | |
|---|---|
| Short Name | ▓ SCHNEIDER - 062A - ENDANGERING THE SAFETY OF AN INMATE |
| Classification | Category 2 - Administrative |
| Region | WESTERN REGION - WXR |
| Institution/Facility | Tucson (FCC) - TCX |
| Field Office | BUTNER FIELD OFFICE |
| Non BOP Site | |
| Investigated By | LOC |
| Patriot Act Violation? | No |
| Staff Search Procedure? | No |
| Insider Threat? | No |
| Office of Special Counsel? | No |
| Self Reporting? | No |

### State Information

| | |
|---|---|
| Current Owner | ▓ CREGAN |
| Matter Access | Public |
| Matter Status | Closed |
| Close Date | 06/16/2020 |

### Other Information

| | |
|---|---|
| Disposition | NOT SUSTAINED |
| Comments | |

### OIG Information

| | |
|---|---|
| Referral Date | |
| Field Office | DENVER FIELD OFFICE |
| Disposition | MANAGEMENT |
| Deferral Date | 02/04/2020 |
| Case Number | 2020004152 |
| Date Rpt Sent to OIG | |

### Progress

| | |
|---|---|
| Incident Date | 12/16/2019 |
| Reported Date | 02/04/2020 |
| Open Date | 04/16/2020 |
| Last Event | Pending Case Closure |
| Inv Rpt Status | |
| Inv Rpt Status Date | |

## Individual List
### View Person Detail

| Type | Additional Role | Name | ID | Empl/Inmt/Other |
|---|---|---|---|---|
| Complainant Victim | | JEREMY PINSON | | Inmate |
| Subject | | ▓ SCHNEIDER ▓ | | Employee |

## Event List

| Event Type | Due Date | Completion Date |
|---|---|---|
| Pending Investigative Disposition | 05/01/2020 | 04/20/2020 |
| Local Investigative Packet Approved | 08/18/2020 | 06/15/2020 |
| Local Investigative Packet Received | 06/29/2020 | 06/16/2020 |
| Local Investigative Packet Approved | 06/16/2020 | 06/16/2020 |
| Pending Case Closure | 07/16/2020 | 06/16/2020 |

## Allegations

### Allegation 1

| | |
|---|---|
| Allegation Category | 111 - Inmate - Other On-Duty Misconduct |
| Allegation SubCategory | 062A - Endangering the Safety of an Inmate |
| Status | NOT SUSTAINED |
| Associated Person | ▓ SCHNEIDER |
| Arrested? | No |
| Charged Offense | |
| Convicted? | No |
| Incarcerated? | No |
| Other (Legal Action) | |

**Narratives**

**Narrative 1**

| | |
|---|---|
| Type | CASE SUMMARY |
| Narrative | In two letters to the OIG dated December 23, 2019, and December 25, 2019, inmate Jeremy Pinson, #16267-064, alleges that on December 16, 2019, he was attacked in the dining hall by inmate ███████, register number unknown, due to Pinson's cooperation with the Special Investigative Services (SIS) Department. Pinson claims that upon being placed in the Special Housing Unit (SHU), Correctional Officer ████████ Schneider was "laughing, clapping, and taunting" Pinson, celebrating his "victimization," and saying he is a "SIS rat" in front of other inmates. Pinson alleges that on December 18, 2019, Schneider moved Pinson into a cell with inmate FNU ██████ despite Pinson's protests, and despite the fact that Pinson has a "keep away" status from ██████ Pinson claims that upon placing Pinson in the cell with ██████ Schneider told ██████ "Merry Christmas." |

**Narrative 2**

| | |
|---|---|
| Type | FINAL DISPOSITION |
| Narrative | The investigation failed to reveal sufficient evidence to sustain the allegations of Endangering the Safety of an Inmate against Schneider. There was not enough evidence to support Pinson's allegations, or refute Schneider's denials. Accordingly, the allegations are not sustained. |

**Matter Documents**

| Document Type | Name | Description | Create Date | Created By | View |
|---|---|---|---|---|---|
| Affidavit | Affidavit_1.pdf | AFFIDAVIT | 06/16/2020 | ████ CORRIVEAU | View |
| Investigative Report | OIA Report_2.pdf | REPORT | 06/16/2020 | ████ CORRIVEAU | View |
| Local Investigation Authorization | OIA-2020-03689_LocalInvestigationAuthorization.pdf | | 04/20/2020 | ████ PETRISKO | View |
| OIG IDMS | IDMS.pdf | | 04/16/2020 | ████ PETRISKO | View |
| Predicating Information | PRED.pdf | | 04/16/2020 | ████ PETRISKO | View |

| | |
|---|---|
| BP-A0194 | **WARNING AND ASSURANCE TO EMPLOYEE** |
| APR 15 | **REQUIRED TO PROVIDE INFORMATION** |
| **U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS** |

This is an official administrative inquiry regarding misconduct or improper performance of official duties.

> This inquiry pertains to:  Endangering the Safety of an Inmate

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions regarding the performance of your official duties.

You have a duty to reply to these questions and agency disciplinary action, including dismissal, may be undertaken if you refuse or fail to reply fully and truthfully.

Neither your answers nor any information or evidence gained by reason of your answers can be used against you in any criminal proceeding, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.  The answers you furnish and any information or evidence resulting therefrom may be used in the course of agency disciplinary proceedings which could result in disciplinary action, including dismissal.

If you are a member of the bargaining unit and you believe your rights are being threatened, you may request the presence of a representative.  If you desire a representative, no further questioning will take place until your representative is present.  However, if your representative is not available within a reasonable period of time, questioning may proceed without a representative being present.

### ACKNOWLEDGMENT

I have read and understand my rights and obligations set forth above:

| Employee Signature | | Date 04/27/2020 |
|---|---|---|
| Signature ████████████████████ ducting inquiry | | Date 04/27/2020 |

PDF                    Prescribed by P1210          This form replaces BP-A194 dated JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL COMPLEX TUCSON, AZ

## A F F I D A V I T

I, ▮▮▮ Schneider, Senior Officer, after being duly sworn, do hereby make the following statement freely and without any promises or assurances:

1. I have not taken any medication nor have I consumed any alcoholic beverages nor any illicit drugs prior to being interviewed by the Special Investigative Supervisor.

2. I do not have a recording device on my person or in my effects and I understand that this interview is not being recorded by the Special Investigative Supervisor.

▮ understand this is an official investigation and I am required by the Employee Standards of Conduct to cooperate fully by providing all pertinent information I may have.  I understand that I have a duty to reply to questions in this investigation, and agency disciplinary action, including dismissal, may be undertaken if I refuse to answer or fail to reply fully and truthfully to each question.

I was offered Union Representation but declined the presence of a representative.

I have been employed by the Bureau of Prisons since July 2015.

On December 16 and 18, 2019, I was assigned as USP SHU 5 Officer.

I do know inmate Pinson, Jeremy Reg. No. 16267-064. Pinson is housed in SHU. I did not ever laugh, clap, or taunt at inmate Pinson for any reason. I did not ever say Pinson was an SIS rat in front of other inmates or staff. Inmate Pinson does have to be separated from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I did not ever assign inmate Pinson into a cell with inmate ▮▮▮▮▮

I have cooperated fully with this investigation and I do not know of or have any additional information, which I have not already mentioned, concerning this case.  I have been informed and understand I am not to discuss this interview without the permission of the Special Investigative Agent.  I further understand that if I improperly discuss this matter, I may face adverse action to include removal from employment.////////////////END OF STATEMENT////////////////

Affiant's Signature ▮▮▮▮▮▮▮▮

Schneider
April 27, 2020

# OATH

I declare, under the pain and penalty of perjury, that the foregoing statement consisting of 1 page(s) is true and accurate to the best of my knowledge and belief.



*AFFIANT*

*Subscribed and sworn to before me this 27ᵗʰ day of April, 2020*

*Authorized by 5 U.S.C. Section 303*
*to Administer Oaths*

*Cañobla, Special Investigative Agent*
*Federal Bureau of Prisons*
*Federal Correctional Complex, Tucson, Az*

# U.S. DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS

# AFFIDAVIT

State of <u>Arizona</u>)

County of <u>Pima</u>)

I, **Jeremy Pinson, Register Number 16267-064**, make this statement freely, without any promises or assurances:

1. I understand I am being interviewed as part of an official investigation, in which I am either the Complainant or a Witness.

2. No promises or assurances have been made to me in return for my cooperation with this investigation.

3. I voluntarily provide this information.

4. I am currently housed at USP Tucson, in Tucson, AZ, and have been here since February 2018.

5. I was assaulted on December 16, 2019 in the dining hall by inmate ▮▮▮▮▮▮▮ While I was being escorted to the Special Housing Unit, Officer Schneider was laughing, clapping and taunting me. He was saying I was an SIS rat in front of other inmates. Schneider did not place me in the same cell with ▮▮▮▮ but he did put me on the same rage ▮▮▮▮ was in. I am supposed to be kept away from inmate ▮▮▮▮▮▮

6. I have no further information to add.

*SBU - Sensitive But Unclassified*

Page __1__ of __1__   Initials __JP__   Date __4-27-20__

**20-70 D's Response 255**
Ex. A, Att. 6, P. 7

# OATH

I declare, under the penalty of perjury that the foregoing statement consisting of ___1___ page(s) is true and accurate to the best of my knowledge and belief.


Jeremy Pinson
**AFFIANT NAME (PRINTED)**


**AFFIANT SIGNATURE**


Subscribed and sworn to before me this _27th day of April 2020_

*Authorized by 5 U.S.C. 303*
*to Administer Oaths*


Carabajal, Special Investigative Agent
USP Tucson, AZ
Federal Bureau of Prisons

**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*

FEBRUARY 4, 2020

TO:        ████  REESE, CHIEF
           FEDERAL BUREAU OF PRISONS
           OFFICE OF INTERNAL AFFAIRS


FROM:      ████████  TRAUTNER
           SPECIAL AGENT IN CHARGE
           DENVER FIELD OFFICE


COMPLAINT NUMBER:    2020-004152


SUBJECT(S):    ████████████, INMATE OF FEDERAL, STATE OR LOCAL PRISON
               SYSTEM ,BOP


FACILITY:    USP TUCSON, AZ


PREA: N                PATRIOT ACT: N                CIVIL RIGHTS: N


DISPOSITION:  **WE CONSIDER THIS A MANAGEMENT MATTER (M).  THE
              INFORMATION IS BEING PROVIDED TO YOU FOR WHATEVER
              ACTION YOU DEEM APPROPRIATE IN ACCORDANCE WITH
              YOUR AGENCY'S POLICY AND REGULATIONS. A COPY OF
              YOUR FINDINGS AND/OR FINAL ACTION IS NOT REQUIRED BY
              THE OIG.**


<u>IMPORTANT NOTICE</u>

Identifying information may have been redacted from the attached OIG Report/Referral pursuant
to § 7 of the IG Act or because an individual has (a) requested confidentiality or (b) expressed a
fear of reprisal.  If you believe that it is necessary that redacted information be made available to
your Agency, you may contact the Assistant Inspector General for Investigations.

Please be advised that, where adverse action is not contemplated, the subject of an investigation
does not have a right to have access to an OIG Report/Referral or to the identities of complainants
or witnesses, and that, <u>in all cases</u>, complainants and witnesses are entitled to protection from
reprisal pursuant to the Inspector General Act and the Whistleblower Protection Act.

# OIA Investigative Report

**OIA Case No.:**      OIA-2020-03689

**Subject(s)**      ▮▮▮▮ Schneider, Senior Officer
**Allegation(s):**      Endangering the Safety of an Inmate (**Not Sustained**)

**Institution/Location:**    FCC Tucson

**Assigned Investigator:**    ▮▮▮▮ Carabajal, Special Investigative Agent, April 28, 2020.

## Executive Summary

In correspondence submitted to the Office of the Inspector General by inmate Jeremy Pinson Reg. No. 16267-064, he alleged on December 16, 2019, he was being escorted into the Special Housing Unit due to an assault by another inmate and Officer Schneider laughed, clapped and taunted him. Pinson alleged Schneider stated Pinson was an SIS rat in front of other inmates. Pinson alleged on December 18, 2019, Schneider placed him in a cell with inmate ▮▮▮▮ knowing Pinson was to be kept away from him.

The investigation failed to reveal sufficient evidence to sustain the allegations of Endangering the Safety of an Inmate against Schneider.

## Administrative Reporting and Processing

The OIA deferred the matter for local investigation on April 20, 2020. Special Investigative Agent, ▮▮▮▮ Carabajal, conducted the local investigation at FCC Tucson, Az.

## Witnesses

**Staff:**      ▮▮▮▮ Schneider, Senior Officer

**Inmates:**     Jeremy Pinson Reg. No. 16267-064

## Factual Information

Pinson stated he was assaulted on December 16, 2019 in the dining hall by inmate ▮▮▮▮ Pinson stated while he was being escorted to the Special Housing Unit, Officer Schneider was laughing, clapping and taunting him. Pinson stated Schneider was saying Pinson was an SIS rat

OIA-2020-03698

in front of other inmates. Pinson stated Schneider did not place him in the same cell with ▮▮▮ only on the same rage. Pinson stated he is supposed to be kept away from inmate ▮▮▮

Schneider stated he was working as USP SHU 5 on December 16 and 18 of 2019. Schneider stated he knows Pinson. Schneider stated he did not ever laugh, clap, or taunt at Pinson for any reason. Schneider stated he did not ever say Pinson was an SIS rat in front of other inmates or staff. Schneider stated Pinson does have to be separated from ▮▮▮ ▮▮▮ Schneider stated he did not assign inmate Pinson into a cell with inmate ▮▮▮

## Conclusion

The investigation failed to reveal sufficient evidence to sustain the allegations of Endangering the Safety of an Inmate against Schneider. There was not enough evidence to support Pinson's allegations, or refute Schneider's denials. Accordingly, the allegations are not sustained.

The investigative findings provided in this report should be used in conjunction with supportive data and findings established in Program Statement 3420.11, Standards of Employee Conduct, to determine specific violations of staff misconduct.

This report is the property of the Bureau of Prisons, Office of Internal Affairs.  Disclosure must be approved by the Chief, Internal Affairs.

U.S. Department of Justice
Federal Bureau of Prisons
Office of Internal Affairs
Washington, D.C.

Apr 20 2020

## AUTHORIZATION TO CONDUCT A LOCAL
## INVESTIGATION INTO ALLEGED STAFF MISCONDUCT

The following complaint is being referred to your office for a local investigation:

OIA Case No.:      OIA-2020-03689
Institution:       Tucson (FCC) - TCX

Subject(s):        ███████ SCHNEIDER
Allegation(s):     Endangering the Safety of an Inmate

Within 120 days from the date of this correspondence, please forward your
completed investigation, including all supporting documentation, to the Office of
Internal Affairs (OIA) resource box ████████████████████████
█████████ for review.

- A copy of the investigative report.
- All case-related correspondence.
- Documentation of each interview conducted and/or affidavit taken.
- All evidence obtained during the investigation.

You will be notified of the OIA's approval/disapproval.

The OIA Special Agent assigned to this case is ████ Cregan.  Should you have
any questions or require assistance during the course of this investigation, please
contact SA ████ Cregan.

12-25-19

Jeremy Pinson # 16267-064

USP Tucson

PO Box 24550

Tucson AZ 85734

Request For An Investigation

On Dec. 16, 2019 I was assaulted in the USP Tucson Dining Hall by ████████ due to my cooperation with BOP SIS Tech. Cristinzio when on Dec. 14, 2019 I provided her some of what I knew about current inmate ████████ ████████████████████████ who were the primary dealers of a controlled substance (suboxone) into USP Tucson via visitation and the United States Mail, and about related wire transfers between them ████████ ████████████████████████ and also a threat on ████████

Because I was assaulted for cooperating with a federal law enforcement officer I believe these individuals should be investigated and prosecuted.

Sincerely,

Jeremy Pinson

12-23-19

Jeremy Pinson # 16267-064

PO Box 24550

Tucson AZ 85734

Request for An Investigation

I am writing to seek an investigation into an incident at USP Tucson where I am incarcerated.

1. Staff failed on Dec. 16, 2019 to clear the dining hall at the evening meal, thus when ▮▮▮▮ was supposed to be gone with the North Side Recall he was allowed to hide in the dining hall to attack me when D-2 was called for the evening meal.

2. Upon arrival to SHU Officer ▮▮ Schneider repeatedly laughed, clapped, and taunted me by saying I was an "SIS Rat" in hearing of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ and others while celebrating my victimization.

3. On Dec. 18 Schneider moved me into a cell with inmate ▮▮▮▮ despite my protest and housed me across from ▮▮▮▮▮ whom SIS had written "Keep Away" status from my self and ▮▮▮ and told ▮▮▮ "Merry Christmas" while pointing at my cell with his right hand and index finger.

4. Officer John filed a false incident report following ▮▮▮▮▮ attack on me stating I hit Dugard, when there is video evidence showing I never hit him at all.

Sincerely

▮▮▮▮▮▮▮

PHOENIX AZ 852

08 JAN 2020 PM 5 L

X-RAYED

JAN 1 4 2020

DOJ MAILROOM

DOJ Inspector General
950 Pennsylvania Avenue NW
Washington DC 20530

20530~

United States Penitentiary Tucson
PO Box 24550
Tucson AZ 85734

Special
Mail

PHOENIX AZ 852

08 JAN 2020 PM 5 L

X-RAYED

JAN 1 4 2020

DOJ MAILROOM

DOJ Inspector General
950 Pennsylvania Avenue NW
Washington DC 20530

20530~

Jeremy Pinson # 16267-064
United States Penitentiary Tucson
PO Box 24550
Tucson AZ 85734

Special
Mail

20-70 D's Response 263
Ex. A, Att. 6, P. 15

Exhibit A
Attachment 7

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Federal Bureau of Prisons | Jeremy Pinson # 16267-064<br>PO Box 24550.<br>Tucson AZ 85734 |

| 3. TYPE OF EMPLOYMENT<br>□ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH<br>1986 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>Mon - 12-16-2019 | 7. TIME (A.M. OR P.M.)<br>Approx = 6 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Inmate ▮▮▮▮ made threats to stab and kill USP Tucson Inmates on 12-14-19 and I reported it to Lt. Eastwood and SIS Costinzio - Staff disclosed to ▮▮▮▮ my providing this information resulting in ▮▮▮▮ sending a note with an inmate getting out of SHU to an inmate ▮▮▮▮ instructing him to physically attack me - That inmate attacked me in the Dining Hall and Officer John wrote a completely false incident report against me for fighting.

| 9. | PROPERTY DAMAGE   (See Continuation Page) |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Bruises, Swelling to skull, severe pain and emotional suffering.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Dewy Sainsbury, Neil Houle, Belvis Beslan, Anthony Bernott, Samantha Licata, Ramon Estrada, Cameras Surveillance footage | USP Tucson |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| ф | $400,000.00 | ф | $400,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|
| _(signature)_ | 520.663.5000 | Jan 13, 2020 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                     NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

JAN 1 7 2020

BY:_____

Ex. A, Att. 7, p. 1

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

N/A

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes   ☐ No

17. If deductible, state amount.

N/A                    N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.

C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

Ex. A, Att. 7, p. 2

SF-95, (Cont...)

I was then placed into the SHU on these false fighting charges. Officer T. Schneider repeatedly and within hearing of other Inmates called me an SIS Snitch and laughed and made jokes celebrating the attack upon me before taking 80 postage stamps from my wallet stating "gotta keep these before you try to sue somebody. Several days later he put me in a cell with ████ who began pressuring me for sex that day and sexually assaulted me by grabbing my breast without consent and threatening me with bodily harm. When placing me into ████ cell directly across from inmate ████ on A-Range, T.Schneider stated to ████ "Kill this bitch this time" to which ████ replied "I've been trying bro." I filed a PREA on ████ with Dr. Licata and suffered an emotional breakdown. She separated me from ████ and ████. Staff denied me clean clothing, linens, sanitation supplies, beard trimmers, my legal files in pending cases for weeks in SHU, denied me a holiday bag on christmas, and verbally harassed me on a daily basis. My PTSD and Depression steadily worsened until I was suicidal. On Jan-9, 2020 the DHO expunged all false charges against me and apologized for my ordeal. Despite this staff refused to release me from SHU and continue to do so to retaliate against me for my lawsuits against USP Tucson and BOP employees. The Warden and AW Salmonsen and Capt. Mehlhoffer are deliberately holding me in SHU to continue to victimize me as they have done following repeated violent attacks upon me by other Inmates who are rewarded with early release from SHU when I am the victim so these individuals can keep me in SHU and use my victimization as an excuse to try to transfer me. Staff tell me these individuals "hate" and "despise" me.

PHOENIX AZ 852

14 JAN 2020 PM 4 L

BOP Regional Counsel
7338 Shoreline Drive
Stockton CA 95219

95219-455738

Jeremy Pinson # 18767-04H
United States Penitentiary Tucson
PO Box 24550
Tucson AZ 85734

Special
Mail

Exhibit A
Attachment 8



U.S. Department of Justice

Federal Bureau of Prisons

Inmate Investigative Report

Institution: Tucson USP

Case Number: TCP-20-0001

Investigation Type: Investigative / Incident

Inmates Involved:

| Register Number | Name | Role |
|---|---|---|
| 16267064 | PINSON, JEREMY | Victim |
| ▮ | ▮ | ▮ |

Staff Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

Others Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

Investigator: HERLICH, T▮          Date: 10/3/2019 9:51:59 AM CST

Captain: MCWHORTER, D▮          Date: 10/29/2019 1:58:45 PM CST

Associate Warden: KOGER, H▮          Date: 10/29/2019 3:19:34 PM CST

Warden: SALMONSON, S▮          Date: 10/29/2019 3:27:38 PM CST

## Summary:

On October 02, 2019 at 12:00 pm staff became aware of a sexual harassment, repetitive allegation made by inmate Pinson, Jeremy, Reg. No. 16267-064 against inmate ████████████████████ Specifically, in a Request for Administrative Remedy, inmate Pinson stated inmate █████ refused to stop asking inmate Pinson to have sex with him.  Staff Submitted a PREA First Responder form.  PREA Protocols have been initiated resulting in Psychology Department and Health services being notified.  Both inmates were subsequently photographed, medically assessed, and will remain in the Special Housing Unit.

The Captain and PREA Compliance Manger were notified of the situation and all proper notifications were made.

## Inmate Data:



Name:  16267064 - PINSON, JEREMY

Role:  Victim                                    Age:  33    Race:  WHITE

Security Level:  HIGH                    Custody Level:  MAX

Facility Arrival Date:  2/19/2018      Projected Release Date:  5/23/2026

Charges:

| Description | Sentencing District |
|---|---|
| (THREAT AGAINST PRESIDENT) 18:4241, 4242 PSYCH STUDY/EVAL | OKLAHOMA, WESTERN DISTRICT |
| 18:1001(A)(2) FALSE STATEMENT; A CLASS D FELONY 18:876(C) THREAT TO A JUROR, A CLASS C FELONY | OKLAHOMA, WESTERN DISTRICT |
| 18:871(A) THREATS AGAINST PRESIDENT; A CLASS D FELONY | OKLAHOMA, WESTERN DISTRICT |
| 18:876 MAILING THREATENING COMMUNICATIONS | TEXAS, SOUTHERN DISTRICT |

STGs:                                            CIMs:





20-70 D's Response 168
Ex. A, Att. 8, p. 2



**Victim Statements:**

**Date: 10/9/2019 10:10 AM**                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                         **Title: SIS LIEUTENANT**

**Interviewee: 16267064 - PINSON, JEREMY**

An interview of inmate Jeremy Pinson, Reg. No. 16267-064, was conducted on October 9, 2019, at approximetly 10:10 AM, in the Special Housing Unit. Inmate Pinson stated that while housed with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉, in the Special Housing inmate ▉▉▉▉ continued to harrass her for sex. Inmate Pinson stated that staff seperated them however after a while ▉▉▉ was moved to E-Range with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Inmate Pinson stated that while inmate ▉▉▉ was on E-Range he began making threats towards her stating, "I'm gonna rape you. I got HIV and I'm gonna give it to you." Inmate Pinson stated that inmate ▉▉▉ also stated threats like, "I'm gonna knock you brains out if I see you at Terre Haute." Inmate Pinson stated inmate ▉▉▉ also directed threat at inmate ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. Inmate Pinson stated that inmate ▉▉▉. Inmate Pinson stated that inmate ▉▉▉ directed inmate ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to file a PREA on them as retaliation Inmate Pinson stated inmate ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ was trying to impress ▉▉▉ and was making threat on towards him for placing a PREA on inmate ▉▉▉▉

**Assailant Statements:**

**No information was found for the given criteria.**

20-70 D's Response 169
Ex. A, Att. 8, p. 3

Other Statements:

Date:  10/10/2019 9:55 AM                                    Location: SIS Office

Interviewer:  Herlich, T.                                    Title: SIS LIEUTENANT

Interviewee:  Licata, S███████                               Title: PSY.D.

An interview of S██████ Licata, Psy. D. was conducted on October 10, 2019, at approximtely 9:55 AM, over the phone. Dr. Licata stated that she did recall inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), requesting to be seperated from inmate ████████████████ sometime in June of 2019. Dr. Licata stated that inmate Pinson had just requested to be moved and that it had nothing to do with PREA allegations. Dr. Licata stated that Pinson was just asking to be seperated from inmate ██████████.

Date:  10/9/2019 12:20 PM                                    Location: Housing Unit, Special (SHU)

Interviewer:  HERLICH, T.                                    Title: SIS LIEUTENANT

Interviewee: ████████████████

An interview of inmate ██████████████████████, was conducted on October 9, 2019, at approximtely 12:20 PM, in the Special Housing Unit. Inmate ██████ stated that this whole PREA thing is "complete bullshit".  Inmate ████ stated that inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), is manipulating the SIS department. Inmate ████ stated that inmate Pinson is a habitual liar and uses PREA as a weapon against other inmates. Inmate ██████ stated that inmate Pinson while in the recreation cages has challenged inmate ████████████████████████████████ to fight multiple times and inmate Pinson uses PREA to get at inmates.

Date:  10/9/2019 11:20 AM                                    Location: Housing Unit, Special (SHU)

Interviewer:  Herlich, T.                                    Title: SIS LIEUTENANT

Interviewee: ██████████████

Part 1 of 2
████████████████████ was interviewed in the Special Housing Unit on October 9, 2019, at approximtely 11:20AM. Inmate ██████ stated that this whole PREA investigation is fake and nothing happened. Inmate ████ stated it all started when he was housed with inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064). Inmate ████ stated that Pinson was selling him his medication. Inmate ████████ stated it was called, "████ Bomber" and "Arten". Inmate ████ stated that he and inmate Pinson were split because staff wanted inmate Pinson to live with some other native not because of some sexual stuff.  Inmate ██████ stated that he was moved onto E-Range after a while and now that he was on the same range as inmate Pinson he wanted to try and get inmate Pinson's meds again. Inmate ████ stated that inmate ████████████████ and inmate ████████████████ were housed together on E-Range. Inmate ██████ stated that ████████ was moved into the cell with inmate Pinson.  Inmate ██████ stated that he and ████████ became close due to both of them sharing the medication that inmate Pinson was selling them. Inmate ████ stated that after a while inmate ████ begain selling inmate Pinson's medication and that all money was directed through inmate ████. Inmate ████ stated that he paid for inmate Pinson's medication one day but inmate Pinson refused to give it to him. Inmate ████ stated that ████████ stepped in and inmate ████ and him had "words". Inmate ██████ stated that he has no animosity towards inmate Pinson due to the fact that inmate Pinson identifies as a female and that inmate ████████ was who had disrespected him.

Date:  10/9/2019 11:20 AM                                    Location: Housing Unit, Special (SHU)

Interviewer:  Herlich, T.                                    Title: SIS LIEUTENANT

Interviewee: ████████████

Part 2 of 2
Inmate ████ stated that just prior to the PREA allegation inmate Pinson asked inmate ████████ where he was going and ████ said Terre Haute. Inmate ████ stated inmate Pinson threw inmate ████ a "kite". Inmate ████ stated that because him and inmate ████████ were close, inmate ████ told inmate ████████ that inmate Pinson in the "kite" asked ████ to relay a message to inmate ████████████, to put a "hit" on inmate ████████ once he got to Terre Haute. Inmate ████ stated that once he heard this he made an announcement on the range on what inmate Pinson had done. Inmate ████ stated that inmate Pinson said that he'll get the last laugh. Inmate ████ stated that a few days later he was under an investigation concerning a PREA. Inmate ████ stated he is not worried about the "hit" since he and inmate ████ were close and also he and inmate ████████████ were close while they lived in the same housing unit while in general population in A-2.

20-70 D's Response 170
Ex. A, Att. 8, p. 4

**Date:** 10/9/2019 10:32 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████████████████

An interview of inmate ██████████████████████████, was conducted on October 9, 2019, at approximetly 10:32 AM. Inmate ████████ stated that he knows who inmate ████ is, (referring to ████████████████████). Inmate ████████ stated that inmate ████ is loud and talks to everyone on that range. Inmate ████████ stated that everyone on that range is yelling sexual stuff and he isn't sure if inmate ████ is the one yelling everything or who it is directed at.

**Date:** 10/9/2019 10:20 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

On October 9, 2019, at approximetly 10:20 AM inmate ████████████████████, was interviewed in the Special Housing Unit. Inmate ████ stated that inmate ████, (referring to ████████████████████), is a "creep". Inmate ████ stated that he and his cellie, (referring to inmate ████████████████), got into it before. Inmate ████ stated that inmate ████ has made threats towards inmate Pinson by yelling while at recreation things like, "I'm gonna give you AIDS", and threatening to throw "piss" and "shit" on inmate Pinson. Inmate ████ stated he has no idea what started their issue or why they were seperated from being cellies in the Special Housing Unit.

**Date:** 10/9/2019 10:35 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

An interview of inmate ████████████████████ was conducted in the Special Housing Unit on October 9, 2019, at approximetly 10:35 AM. Inmate ████████ stated that he knows who inmate ████████ threaten anyone on that range. Inmate ████████), is. Inmate ████████ stated that he has not heard inmate ████████ stated that he really doesn't pay much attention though. Inmate ████████ stated that he know who inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), is. Inmate ████████ stated that there may have been "beef" between inmate Pinson and inmate ████████, but he really isn't sure.

**Date:** 10/9/2019 10:40 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

An interview of inmate ████████, was conducted on October 9, 2019, at approximetly 10:40 AM, in the Special Housing Unit. Inmate ████████ stated that inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), shot a kite to ████████████████ to give to ████████ , to "hit" inmate ████████████████, when ████████ got to Terre Haute. Inmate ████████ stated inmate ████████ sent the kite over to inmate ████████ and he started questioning inmate Pinson on why he did that. Inmate ████████ stated that inmate ████████ was not threatening inmate Pinson just asking why he had sent the kite. Inmate ████████ stated that is when inmate Pinson was saying he was gonna have the last laugh and that is when this whole PREA thing came about. Inmate ████████ stated that he didn't feel the kite was gonna amount to anything since inmate ████████ sent it to inmate ████████. Inmate ████████ stated that inmate ████████, never directed him to put a false PREA on anyone else.

**Date:** 10/9/2019 10:30 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer: Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

An interview on inmate ████████ was conducted on October 9, 2019, at approximetly 10:30 AM. Inmate ████████ stated that he has no idea who inmate ████████ (referring to inmate ████████) is. Inmate ████████ stated he doesn't pay attention to much on that range. Inmate ████████ stated its loud on that range and he pays no attention to anything.

**Date:**  10/9/2019 10:27 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer:  Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

An interview of inmate ████████████████ was conducted on October 9, 2019, at approximetly 10:27 AM. Inmate ██████ stated that he doesn't know who ████████████████████████████████, is. Upon further questioning inmate ████ did recall who inmate ████ was and stated that inmate ████ is always yelling on the range threatening but no one takes him seriously. Inmate ████ stated that he has never heard anything sexual or threatening being yelled towards inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), by inmate ████.  Inmate ████ stated he has not heard inmate ████ threaten inmate ██████████████████████████████

**Date:**  10/9/2019 10:50 AM                    **Location: Housing Unit, Special (SHU)**

**Interviewer:  Herlich, T.**                    **Title: SIS LIEUTENANT**

**Interviewee:** ██████████████████

An interview of inmate ██████████████ was conducted on October 9, 2019, at approximetly 10:50 AM, in the Special Housing Unit. Inmate ████████ stated that he has no idea why inmate ████████ and inmate Pinson, (referring to inmate Jeremy Pinson, Reg. No. 16267-064), were seperated. Inmate ████ stated that inmate Pinson was selling his medication to inmate ████ and then stopped. Inmate ████ stated inmate ████ became upset and ████████████████████████████ stepped in and disrespected inmate ████.  Inmate ████ stated that inmate ████ did try to "catch inmate ████" in the Recreation cage, but never threatened or harrassed inmate Pinson in a sexual nature. Inmate ████ stated that inmate Pinson did send ████████████████ a kite to give to ████████████████ to have inmate ████, "HIT", when he got to Terre Haute.  Inmate ████ stated he never instructed inmate ████, to put a false PREA on inmate Pinson.

**Factual Findings:**

**\*\*No item information was found for the given criteria.\*\***

| Type | Subtype | File Name | Original Entered By |
|------|---------|-----------|---------------------|
| Statements & Written Memorandums | Staff Provided | First responder form.pdf | ▮ |

First Responder's form completed on October 2, 2019, by LT T. Herlich stating "inmate ▮▮▮, refused to stop asking me to have sex with him."

| Statements & Written Memorandums | Inmate Provided | Hand Written statement.pdf | ▮ |

A Request for Administrative Remedy dated September 27, 2019, composed by inmate Jeremy Pinson, Reg. No. 16267-064, stating, "he, ▮▮▮ refused to stop asking me to have sex with him."

| Photographs | Inmate | Photo ▮.pdf | ▮ |

A photograph of inmate ▮▮▮ taken on October 2, 2019, at approximetly 1:30 PM, by LT. J Walker showing no injuries.

| Photographs | Inmate | Photo Pinson.pdf | ▮ |

Inmate Photograph taken on October 2, 2019, at approximetly 12:45 PM, by LT J. Walker, of inmate Jeremy Pinson, Reg. No. 16267-064 showing no injuries.

| Medical | Inmate Assessments | Medical ▮.pdf | ▮ |

PREA Evaluation completed by J. Williams, LPN, dated October 2, 2019, at approximetly 2:00 PM, of inmate ▮▮▮ stating, "No Significant Findings/No Apparent Distress".

| Medical | Psychology Reports | SAI PINSON V.pdf | ▮ |

An Sexual Abuse Intervention conducted on October 02, 2019, at approximately 2:57 PM, by S. Johnson PhD of inmate Jeremy Pinson, Reg. No. 16267-064. Inmate Pinson stated, "PINSON reported being celled with Inmate X for 10 days in late June while in SHU. During that time, she described Inmate X requesting sex throughout every day. When she denied him, PINSON reports Inmate X began touching her when she did not want to be touched, "He tried touching my breast or my ass trying to be playful. The last straw was when he tried to kiss the side of my face while I was trying to sleep." PINSON reported asking for and receiving a cell change at that time. Inmate X was moved to a different range and she had no contact with him. However, recently, Inmate X has returned to PINSON's range and the harassment has both continued and escalated to threats of physical violence. Specifically, PINSON reported Inmate X has threatened that he has AIDS and will mix his blood with feces to throw on her at outdoor recreation. She also reported Inmate X has been threatening her inmate peers due to their association with her. PINSON identified these threats to her friends as her reason for coming forward with the allegation."

| Medical | Inmate Assessments | ClinicalEncounterFinali zeGetDocument.faces. pdf | ▮ |

PREA evelution of inmate Jeremy Pinson, Reg. No. 16267-064, completed by J. Williams, LPN, on October 2, 2019, at approximately 3:00 PM, stating, "No Significant Findings/No Apparent Distress."

| Medical | Psychology Reports | SAI P▮.pdf | ▮ |

▮▮▮▮▮▮

| PREA | Safeguarding of Victim | BP-A1002 Pinson signed.pdf | ▮ |

A Safeguarding of Inmates Alleging Sexual Abuse completed on October 2, 2019, for inmate Jeremy Pinson, Reg. No. 16267-064, stating, "Inmate Jeremy Pinson, Reg. No. 16267-064 and ▮▮, are currently housed in the Special Housing Unit.  Both inmates are currently housed in separate cells and are currently on Keep Away status. Inmate ▮ was moved to a separate range to minimize retaliation. Inmate Pinson will remain in the Special Housing Unit due to having a CMC assignment of Separation in the General Population."

| Statements & Written Memorandums | Inmate Provided | 2019 10 02.pdf | ███████ |

A hand written inmate copout written by inmate Jeremy Pinson, Reg. No. 16267-064, stating, "In June 2019 inmate ████████ was assigned to my cell by Officer Othon. After repeated efforts by ████████ to engage in sexual acts (which I declined) I requested Dr. Licata and Lt. Campbell remove him from celling with me to avoid the necessity of a formal PREA complaint. ████ was moved to another tier. Later he successfully was moved onto E-range. with ████████ so he could continue to stalk me. Once on my range he began to make violent and sexual threats. He said he would throw blood and feces on me at recreation, he said he would infect me with HIV, he said he would knock my brains out if I ever came to Terre Haute where he is precently designated. He also directed these threats at ███████████████ ████████████ and others." Also stating, "He told ████████ he was going to assault ████████████ soon as he got to Terre Haute because of their friendship with me, ████ and ████████ All threats were directed at all of the aforegoin inmates, ████████ instructed ████████████ (his girlfriend) to file a PREA on 'all them niggas' to retaliate against us."

| Statements & Written Memorandums | Inmate Provided | KITE TO ████ .pdf | ████████ |

An inmate "KITE", provided stating, ████████████████████ That's not gonna work. Those things are now available thru my cellie so ████████████ needs to holla @ my cellie on that. As for you, give, me an address and I'll have a check cut next time they get my legal mail. W/R Grace, (referring to inmate Jeremy Pinson, Reg. No. 16262-064)." It should be noted that the hand writting is observed to be similar to the hand writing on the Request for Administrative Remedy composed by inmate Jeremy Pinson, Reg. No. 16262-064.

| Statements & Written Memorandums | Inmate Provided | INMATE KITE.pdf | ████████ |

An inmate kite composed by inmate ████████████████████, provided stating, '████████████████ ████████████████, Much Respect back to you & your cellie, Look, I'm gonna be honest with you, the next time you write me a letter that don't include some kind of gay shit I will revoke your Fag card!! Yes, I heard and I told ████████████████ is a mess. And even though I'm pissed at ████████ ████, for getting me caught up in this shit, I have to tell you, ████████, is 'No threat'. ████ is in 'NO' position to call a hit. THat would be like ████ asking you to do something. He's trying to impress Grace, (referring to inmate Jeremy Pinson, Reg. No. 16262-064), but he looks like a fool. If you want, I'll pass this kite to ████ but trust me, its not necessary. That dude has 'NO' say in any thing and he was way out of line just putting ████ in his stupid bullshit behind Grace. Are you serious? Fuck no! But I'm gonna tel ████ to tel ████ to either move down or apologize for acting gangster and be quiet. This is little kid shit-It's not my thing-I'm about Real Money-You are smarter than this. But I'm still gonna holler at ████

| SENTRY | Inmate Data | PP37.pdf | ████████ |

A PP37 quarters assignment for inmate ████████████████████ and inmate Jeremy Pinson, Reg. No. 16267-064, showing that both inmates were assigned together to cell 139 on A range from June 17, 2019 through June 26, 2019.

Conclusion:

Based on the information obtained during interviews with the inmates named in this investigation, possible witnesses and the use of several S.I.S. related databases, it was determined the PREA allegation of repetative Sexual Harassment (Verbal) involving inmates Jeremy Pinson, Reg. No. 16267-064 and ████████████████ ████ as the perpetrator, is found to be UNSUBSTANTIATED, due to being unable to obtain any evidence of an actual occurrence.

During interviews with inmates connected to this investigation, it was concluded that inmate Pinson and inmate ████████ were involved in a continued deal revolving around the sale of inmate Pinson's daily medication for illicit means. It was further concluded after inmate Pinson failed to uphold the deal, at which time inmate ████ began to have issues with Pinson and his cellmate ████████████████ who he stated was controlling to drugs on behalf

Exhibit A
Attachment 9

```
 TCNPK  531.01 *                 INMATE HISTORY              *    12-09-2021
PAGE 001        *                  QUARTERS                  *    06:06:39


  REG NO..: 02065-122 NAME....: CRUZE, SCHAWN
  CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                         START DATE/TIME STOP  DATE/TIME
TCP    R01-001L   HOUSE R/RANGE 01/BED 001L           04-24-2020 0913 04-24-2020 0914
TCP    Z01-111LAD HOUSE Z/RANGE 01/BED 111L AD        04-16-2020 1446 04-23-2020 1431
TCP    Z01-110LAD HOUSE Z/RANGE 01/BED 110L AD        04-06-2020 1728 04-16-2020 1446
TCP    Z01-111LAD HOUSE Z/RANGE 01/BED 111L AD        03-17-2020 1757 04-06-2020 1728
TCP    Z01-110LAD HOUSE Z/RANGE 01/BED 110L AD        02-26-2020 1859 03-17-2020 1757
TCP    Z01-109LAD HOUSE Z/RANGE 01/BED 109L AD        02-06-2020 1831 02-26-2020 1859
TCP    Z01-108LAD HOUSE Z/RANGE 01/BED 108L AD        01-17-2020 1943 02-06-2020 1831
TCP    Z01-109LAD HOUSE Z/RANGE 01/BED 109L AD        12-29-2019 1919 01-17-2020 1943
TCP    Z01-111UAD HOUSE Z/RANGE 01/BED 111U AD        12-15-2019 1052 12-29-2019 1919
TCP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD        12-15-2019 0921 12-15-2019 1052
TCP    A02-202L   HOUSE A/RANGE 02/BED 202L           12-06-2019 0945 12-15-2019 0921
TCP    A02-124L   HOUSE A/RANGE 02/BED 124L           11-27-2019 1329 12-06-2019 0945
TCP    Z01-106UAD HOUSE Z/RANGE 01/BED 106U AD        11-21-2019 1802 11-27-2019 1329
TCP    Z01-105UAD HOUSE Z/RANGE 01/BED 105U AD        11-01-2019 1900 11-21-2019 1802
TCP    Z01-103UAD HOUSE Z/RANGE 01/BED 103U AD        10-15-2019 1500 11-01-2019 1900
TCP    Z05-225LAD HOUSE Z/RANGE 05/BED 225L AD        10-02-2019 1933 10-15-2019 1500
TCP    Z05-224LAD HOUSE Z/RANGE 05/BED 224L AD        09-13-2019 1940 10-02-2019 1933
TCP    Z05-225LAD HOUSE Z/RANGE 05/BED 225L AD        08-25-2019 2120 09-13-2019 1940
TCP    Z05-223LAD HOUSE Z/RANGE 05/BED 223L AD        08-05-2019 1840 08-25-2019 2120
TCP    Z05-222LAD HOUSE Z/RANGE 05/BED 222L AD        07-30-2019 1452 08-05-2019 1840
TCP    Z01-109LAD HOUSE Z/RANGE 01/BED 109L AD        07-29-2019 1200 07-30-2019 1452
TCP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD        07-29-2019 0912 07-29-2019 1200
TCP    A02-117L   HOUSE A/RANGE 02/BED 117L           06-17-2019 1301 07-29-2019 0912
TCP    A02-202U   HOUSE A/RANGE 02/BED 202U           01-25-2019 1828 06-17-2019 1301
TCP    R01-001L   HOUSE R/RANGE 01/BED 001L           01-25-2019 1525 01-25-2019 1828
OKL    Z01-110UAD HOUSE Z/RANGE 01/BED 110U AD        01-22-2019 1320 01-25-2019 0957
OKL    Z01-119UAD HOUSE Z/RANGE 01/BED 119U AD        01-15-2019 1942 01-22-2019 1320
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L           01-15-2019 1852 01-15-2019 1942
OKL    C07-901L   HOUSE C/RANGE 07/BED 901L           01-15-2019 1700 01-15-2019 1852
CLP    R01-001L   HOUSE R/RANGE 01/BED 001L           01-15-2019 0441 01-15-2019 0539
CLP    Z02-132LAD HOUSE Z/RANGE 02/BED 132L AD        01-05-2019 1512 01-15-2019 0441
CLP    Z02-133LAD HOUSE Z/RANGE 02/BED 133L AD        12-22-2018 1359 01-05-2019 1512
CLP    Z02-134LAD HOUSE Z/RANGE 02/BED 134L AD        12-08-2018 1246 12-22-2018 1359
CLP    Z02-135LAD HOUSE Z/RANGE 02/BED 135L AD        11-30-2018 2139 12-08-2018 1246
CLP    Z04-207LAD HOUSE Z/RANGE 04/BED 207L AD        11-17-2018 1241 11-30-2018 2139
CLP    Z04-208LAD HOUSE Z/RANGE 04/BED 208L AD        11-03-2018 1127 11-17-2018 1241
CLP    Z04-209LAD HOUSE Z/RANGE 04/BED 209L AD        10-20-2018 1051 11-03-2018 1127
CLP    Z04-210LAD HOUSE Z/RANGE 04/BED 210L AD        10-06-2018 0846 10-20-2018 1051
CLP    Z04-211LAD HOUSE Z/RANGE 04/BED 211L AD        09-22-2018 0838 10-06-2018 0846
CLP    Z04-212LAD HOUSE Z/RANGE 04/BED 212L AD        09-08-2018 0830 09-22-2018 0838
CLP    Z04-213LAD HOUSE Z/RANGE 04/BED 213L AD        08-25-2018 0856 09-08-2018 0830


G0002      MORE PAGES TO FOLLOW . . .
```

```
 TCNPK  531.01 *                 INMATE HISTORY              *      12-09-2021
PAGE 002       *                   QUARTERS                 *      06:06:39


  REG NO..: 02065-122 NAME....: CRUZE, SCHAWN
  CATEGORY: QTR        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
CLP    Z04-214LAD HOUSE Z/RANGE 04/BED 214L AD      08-11-2018 0857 08-25-2018 0856
CLP    Z04-215LAD HOUSE Z/RANGE 04/BED 215L AD      07-28-2018 0842 08-11-2018 0857
CLP    Z04-216LAD HOUSE Z/RANGE 04/BED 216L AD      07-27-2018 1420 07-28-2018 0842
CLP    K02-231L   HOUSE K/RANGE 02/BED 231L         06-07-2018 1024 07-27-2018 1420
CLP    K02-212U   HOUSE K/RANGE 02/BED 212U         02-15-2018 1503 06-07-2018 1024
CLP    K02-208U   HOUSE K/RANGE 02/BED 208U         01-11-2018 1330 02-15-2018 1503
CLP    K02-123U   HOUSE K/RANGE 02/BED 123U         12-22-2017 1408 01-11-2018 1330
CLP    K02-201U   HOUSE K/RANGE 02/BED 201U         12-22-2017 1240 12-22-2017 1408
CLP    J01-124U   HOUSE J/RANGE 01/BED 124U         11-28-2017 1402 12-22-2017 1240
CLP    K01-111U   HOUSE K/RANGE 01/BED 111U         11-06-2017 1616 11-28-2017 1402
CLP    K01-114U   HOUSE K/RANGE 01/BED 114U         10-12-2017 1926 11-06-2017 1616
CLP    R01-001L   HOUSE R/RANGE 01/BED 001L         10-12-2017 1827 10-12-2017 1926
OKL    C01-315U   HOUSE C/RANGE 01/BED 315U         10-10-2017 2113 10-12-2017 0730
OKL    C01-901L   HOUSE C/RANGE 01/BED 901L         10-10-2017 1645 10-10-2017 2113
THP    Z03-152LAD HOUSE Z/RANGE 03/BED 152L AD      10-05-2017 1921 10-10-2017 0910
THP    Z03-149LAD HOUSE Z/RANGE 03/BED 149L AD      09-14-2017 1443 10-05-2017 1921
THP    Z03-145LAD HOUSE Z/RANGE 03/BED 145L AD      08-24-2017 1831 09-14-2017 1443
THP    Z03-144LAD HOUSE Z/RANGE 03/BED 144L AD      08-21-2017 1430 08-24-2017 1831
THP    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD      08-21-2017 1329 08-21-2017 1430
THP    F02-131LH  HOUSE F/RANGE 02/BED 131L H       08-15-2017 0800 08-21-2017 1329
THP    D02-131LH  HOUSE D/RANGE 02/BED 131L H       06-07-2017 2138 08-15-2017 0800
THP    H01-001L   HOUSE H/RANGE 01/BED 001L         07-06-2017 0748 07-06-2017 2138
THP    D02-131LH  HOUSE D/RANGE 02/BED 131L H       06-07-2017 0737 07-06-2017 0748
THP    D02-132LH  HOUSE D/RANGE 02/BED 132L H       03-23-2017 1503 06-07-2017 0737
THP    D02-132LH  HOUSE D/RANGE 02/BED 132L H       03-14-2017 1437 03-18-2017 1516
THP    R01-001L   HOUSE R/RANGE 01/BED 001L         03-14-2017 1254 03-14-2017 1437
SPG    E01-014L   HOUSE E/RANGE 01/BED 014L         03-02-2017 1024 03-14-2017 0442
SPG    E01-011L   HOUSE E/RANGE 01/BED 011L         02-09-2017 1146 03-02-2017 1024
SPG    E01-008L   HOUSE E/RANGE 01/BED 008L         02-02-2017 1342 02-09-2017 1146
SPG    N02-036L   HOUSE N/RANGE 02/BED 036L         01-30-2017 1251 02-02-2017 1342
SPG    S04-018L   HOUSE S/RANGE 04/BED 018L         07-25-2016 0940 01-30-2017 1251
SPG    A01-016L   HOUSE A/RANGE 01/BED 016L         07-14-2016 1024 07-25-2016 0940
SPG    A01-022L   HOUSE A/RANGE 01/BED 022L         06-30-2016 0839 07-14-2016 1024
SPG    D01-019L   HOUSE D/RANGE 01/BED 019L         06-24-2016 1528 06-30-2016 0839
SPG    S04-016L   HOUSE S/RANGE 04/BED 016L         05-31-2016 1255 06-24-2016 1528
SPG    S04-014L   HOUSE S/RANGE 04/BED 014L         05-27-2016 1041 05-31-2016 1255
SPG    S04-005L   HOUSE S/RANGE 04/BED 005L         05-27-2016 1013 05-27-2016 1041
SPG    S03-024L   HOUSE S/RANGE 03/BED 024L         04-25-2016 0810 05-27-2016 1013
SPG    S03-002L   HOUSE S/RANGE 03/BED 002L         04-25-2016 0810 04-25-2016 0810
SPG    S03-028L   HOUSE S/RANGE 03/BED 028L         04-12-2016 1219 04-25-2016 0810
SPG    M02-066L   HOUSE M/RANGE 02/BED 066L         03-16-2016 1417 04-12-2016 1219




G0002      MORE PAGES TO FOLLOW . . .
```

```
 TCNPK  531.01 *                INMATE HISTORY              *    12-09-2021
PAGE 003 OF 003 *                 QUARTERS                  *    06:06:39


  REG NO..: 02065-122 NAME....: CRUZE, SCHAWN
  CATEGORY: QTR         FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
SPG    Z03-126LAD HOUSE Z/RANGE 03/BED 126L AD     03-08-2016 1543 03-16-2016 1417
SPG    Z03-121LAD HOUSE Z/RANGE 03/BED 121L AD     02-20-2016 0950 03-08-2016 1543
SPG    M01-015L   HOUSE M/RANGE 01/BED 015L        01-28-2016 1254 02-20-2016 0950
SPG    S04-008L   HOUSE S/RANGE 04/BED 008L        01-15-2016 1257 01-28-2016 1254
SPG    Z03-121LAD HOUSE Z/RANGE 03/BED 121L AD     01-02-2016 2340 01-15-2016 1257
SPG    Z03-122LAD HOUSE Z/RANGE 03/BED 122L AD     12-24-2015 0806 01-02-2016 2340
SPG    Z03-121LAD HOUSE Z/RANGE 03/BED 121L AD     12-07-2015 1348 12-24-2015 0806
SPG    A01-015L   HOUSE A/RANGE 01/BED 015L        11-25-2015 1235 12-07-2015 1348
SPG    M01-027L   HOUSE M/RANGE 01/BED 027L        11-12-2015 1447 11-25-2015 1235
SPG    N01-034L   HOUSE N/RANGE 01/BED 034L        10-26-2015 1938 11-12-2015 1447
SPG    N01-012L   HOUSE N/RANGE 01/BED 012L        10-19-2015 1237 10-26-2015 1938
SPG    N01-009L   HOUSE N/RANGE 01/BED 009L        10-08-2015 1231 10-19-2015 1237
SPG    M02-067L   HOUSE M/RANGE 02/BED 067L        10-02-2015 1824 10-08-2015 1231
SPG    M02-063L   HOUSE M/RANGE 02/BED 063L        09-30-2015 1937 10-02-2015 1824
SPG    N02-036L   HOUSE N/RANGE 02/BED 036L        09-22-2015 1255 09-30-2015 1937
SPG    N02-034L   HOUSE N/RANGE 02/BED 034L        08-11-2015 1256 09-22-2015 1255
SPG    N01-033L   HOUSE N/RANGE 01/BED 033L        07-13-2015 0840 08-11-2015 1256
SPG    N01-034L   HOUSE N/RANGE 01/BED 034L        07-13-2015 0840 07-13-2015 0840
SPG    N01-033L   HOUSE N/RANGE 01/BED 033L        07-01-2015 1621 07-13-2015 0840
SPG    R01-001L   HOUSE R/RANGE 01/BED 001L        07-01-2015 1523 07-01-2015 1621
CAA    Z01-101LDS HOUSE Z/RANGE 01/BED 101L DS     07-01-2015 1134 07-01-2015 1135
CAA    Z01-101LDS HOUSE Z/RANGE 01/BED 101L DS     06-12-2015 1415 06-12-2015 1416
CAA    Z01-101LDS HOUSE Z/RANGE 01/BED 101L DS     06-06-2015 1957 06-06-2015 1958
CAA    Z01-101LDS HOUSE Z/RANGE 01/BED 101L DS     06-06-2015 1603 06-06-2015 1800
CAA    Z01-001LAD HOUSE Z/RANGE 01/BED 001L AD     06-06-2015 1556 06-06-2015 1603
CAA    C02-219L   HOUSE C/RANGE 02/BED 219L        06-06-2015 1549 06-06-2015 1556
CAA    C02-219L   HOUSE C/RANGE 02/BED 219L        04-30-2015 1727 06-03-2015 1612
CAA    C01-114L   HOUSE C/RANGE 01/BED 114L        04-14-2015 1707 04-30-2015 1727
CAA    Z01-001LAD HOUSE Z/RANGE 01/BED 001L AD     04-14-2015 1630 04-14-2015 1707




  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit A
Attachment 10

# In the Matter of:

*Pinson*

*vs*

**United States of America**

---

*Reporter's Transcript of Recorded Audio*

*December 22, 2019*

---



GRIFFIN GROUP
INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA


JEREMY PINSON,                    )
                                  )
              Plaintiff,          )
                                  )
         vs.                      )   Case No. 4:20-cv-70-RM
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Defendant.          )
_____)


REPORTER'S TRANSCRIPT OF RECORDED AUDIO

Non-Contact Visit with Jeremy Pinson and Dorothy Chao
December 22, 2019


TRANSCRIBED BY:
CINDY BACHMAN, CR
Certified Reporter
Certificate No. 50763

PREPARED FOR:
ASCII/CONDENSED COPY
(Certified copy)

2

```
 1                 (Commencement of recorded audio.)

 2                        *  *  *  *  *

 3                 (Telephone ringing.)

 4               MS. CHAO:  (Indiscernible).

 5               MS. PINSON:  Oh, my goodness.

 6               MS. CHAO:  And what happened to you?

 7  Are you okay?

 8               MS. PINSON:  Yeah.  It's -- it's crazy.

 9  There was an individual in general population, and he

10  came to me at breakfast not yesterday but the previous

11  Saturday.

12               MS. CHAO:  Uh-huh.

13               MS. PINSON:  And he basically said that he

14  was going to stab somebody in my unit that's a friend

15  of mine.  And he said, "So I want you to go back to the

16  unit, and I want you to tell him that this is what's

17  going to happen later today."

18                 And it was myself and three other

19  individuals that were asked to carry this message.

20  And essentially, you know, it's a long walk from the

21  dining hall to my unit, because my unit's the farthest

22  away from the dining hall.

23                 But on the walk back, I just -- I was like

24  I'm not delivering this message, you know.  And as a

25  litigator, I can think of 100 things that could go
```

3

1  wrong --

2          MS. CHAO:  Right.

3          MS. PINSON:  -- delivering a message like

4  that.  And so I just -- I said no, I'm not delivering

5  this message.  I went to the officer's station in my

6  unit and I said, "Could you please tell the lieutenant

7  that I would like to speak with him?"

8          MS. CHAO:  Uh-huh.

9          MS. PINSON:  And so the officer kind of

10 looked at me and he's like, "Well, what is it about?

11 Why can't you go whenever there's a move?"

12         And I'm like, "Well, because somebody

13 wants to stab somebody else, and that might possibly be

14 a priority thing that I should talk to him about."

15         MS. CHAO:  Uh-huh.

16         MS. PINSON:  And so he looked at me and

17 he's like, "Oh, okay."  And he calls the lieutenant.

18         Well, he sent me up to the lieutenant's

19 office.  And so I'm telling the lieutenant the threat

20 that was delivered, and he's like, "Well, why would

21 this guy want to stab somebody?"

22         And I gave him somewhat of an outline of

23 how these guys had come to be in this situation.

24 Essentially, the guy sending the threat is a drug

25 dealer, and he brings Suboxone into this institution,

4

1    and he sells it to other prisoners.

2              So he's like "Well, I'm just a lieutenant,

3    so maybe I need to get one of the intelligent staff."

4              So they bring the staff member over, and

5    she's asking me what's going on.  And she's, you know,

6    basically like "So these two individuals here, the one

7    that made the threat and the one that was the intended

8    target, those are the two people that I need to lock up

9    immediately until I can go look at all this other

10   stuff."

11             And I said, "Yeah."  And by the second,

12   I'm just like more not wanting to be --

13             MS. CHAO:  Involved.

14             MS. PINSON:  -- in none of it.  And they

15   were -- I think they were surprised that I reported it

16   at all.  But then they did lock the guy up right after

17   count time Saturday morning.

18             So I went out Monday to a medical trip to

19   see an endocrinologist about my hormone therapy.  And I

20   got back at like 2:00, and I went outside to our

21   softball field for the last hour of rec for the day.

22   And when I went out there, one of my friends tells me,

23   he's like, "You know, they put a hit out on you and the

24   other three."  And I was just like...

25             MS. CHAO:  What?

5

1              MS. PINSON:  Yeah.  He's like, "Yeah, they

2    sent a kite out of the SHU today, saying that if

3    somebody hits you, they get $500.  And if somebody

4    takes out all four of the people" -- because, you know,

5    the guy who's the drug dealer, he doesn't know which of

6    the four, that knew about the threat, had given it to

7    the staff.  And so his idea of a solution was to offer

8    $500 if they managed to hurt me, and $1,000 if they

9    managed to hurt all four.

10             So I heard this at 2:00.  And, you know,

11   prison's a place with rumors and gossips and craziness.

12   And so I try not to act on every single thing I hear.

13   I try to stop and think carefully and gather the facts

14   before I react to something.

15             So after that, I went into my unit, and

16   right before I went to dinner, a guy called me --

17   another guy -- actually, one of the four called me into

18   his cell and he was really agitated and he was kind of

19   walking back and forth and he was just like, "Grace,

20   you know this guy put a hit on us, right?"

21             And I said, "Yes, I know he put a hit on

22   us.  And I'm going to go eat my dinner, and I'm going

23   to address it right after dinner."

24             Because my intention was, I was going to

25   go to the lieutenant's office and say, "What the fuck?

6

1   How does somebody get a letter out of the SHU?"

2                    MS. CHAO:  Right, yeah.

3                    MS. PINSON:  Like it's insane, but

4   whatever.

5                    So he's like, "Well, just be careful.

6   I'm telling you to be careful."

7                    And so there were four or five guys he

8   wanted to send with me and he's like, "Listen, until

9   you can talk to whoever you need to talk to, I'd like

10  you to stay put and stay close to these guys, you

11  know."

12                   And I just looked at him and I said,

13  "The day I need bodyguards in Tucson, I've got

14  problems."  And so I told the guys, I said, "Look, I

15  don't want y'all hovering around me when I'm trying to

16  go eat my dinner."

17                   And so they were like, "All right.  Well,

18  we're going to stay at distance, but we're not just

19  going to let you go up there all by yourself."

20                   And it sure as hell didn't matter because

21  I went through the metal detector, I walked into the

22  town hall, there's a serving line that you've got to

23  wait in as people get their trays.  And when I got to

24  the window where I got my tray, you have to hold your

25  ID up and it has a barcode on it, and they scan it to

7

1  document that you got your meal.

2            MS. CHAO:  Right.

3            MS. PINSON:  So I grabbed my tray, and as

4  I was lifting the ID to scan, just boom.  A guy walked

5  up and punched me right in the face, standing like

6  two feet away from the CEO.

7            MS. CHAO:  Wow.

8            MS. PINSON:  I mean, to his credit, the

9  officer just -- you know, he dropped his thing, and he

10 grabbed ahold of the guy and basically was trying to

11 hold him like this while the other cop set off his

12 alarm and all the other cops come in.

13           So he only actually got to hit me once.

14 But naturally, it comes with a bunch of BS.  One of

15 which is putting me in the SHU.

16           I don't know -- for the life of me, I

17 don't know why the officer who was standing there, he

18 wrote me a discipline report that said I was fighting.

19 And the captain of the facility here, and basically,

20 as I asked everyone afterwards, for the last week they

21 would come to my cell and they said, "Look, we've

22 watched the video.  They're going to throw this

23 disciplinary report out."

24           But unfortunately, you still have to go

25 through the normal process of signatures to get out of

8

1   the SHU.  And because it's Christmastime, half the

2   people that need to sign my release from the SHU are

3   not even here, and there's no one acting in their

4   position.  So unfortunately, I'm supposed to be getting

5   out of the SHU soon.

6               MS. CHAO:  Uh-huh.

7               MS. PINSON:  Probably quicker than the

8   average stay back there, but...

9               And the guy -- it's crazy because they had

10  me in the SHU on this one range for like four days, and

11  then they moved me into a cell directly across from the

12  guy that put the hit on me in the first place.

13              And he was looking at me this morning, and

14  he wasn't saying anything, but I was just standing

15  there looking at him.  And he's like, "Really, Grace,

16  did we have to go through all this?"

17              And I'm just like, "You're fucking insane.

18  You're a fucking sociopath."

19              And it's like why would you do that to me?

20  I don't run around this place trying to play fucking

21  detective.

22              MS. CHAO:  Uh-huh.

23              MS. PINSON:  But what did you expect?

24  Like you put me in a position to deliver a message to

25  my friend, saying that you're going to stab him.

9

1    What kind of friend would I be to go back to my unit

2    and say, "Hey, this guy told me in the town hall today

3    that he's going to stab you later.  Have a nice day."

4    Like what did you expect?

5              And he's just like, "Well, I don't want no

6    more trouble because they're going to end up, you know,

7    keeping people in the SHU a long time and everything

8    else."

9              And I said, "Well, it's wonderful that

10   you've developed some communication skills in the week

11   that you've been back here.  Why didn't you just" --

12   you know, because at this point, I don't even know how

13   many people have been locked up behind this whole

14   thing.  But I know for a fact there's at least four of

15   us in the SHU, and there's probably more.

16             And I was just like, "What is wrong with

17   you?"

18             You know, a part of being in prison is you

19   see things all the time: drug deals, you know, illegal

20   use of communication.  There's all types of stuff that

21   happen in the prison.  And if you have any sense,

22   eventually, you get to the point where, unless there's

23   a very compelling reason to do so, you just walk like a

24   horse on blinders.

25             MS. CHAO:  Right.

10

1            MS. PINSON:  You don't see no evil, hear

2  no evil, speak no evil.  Right?

3            MS. CHAO:  Uh-huh.

4            MS. PINSON:  And I'm just so frustrated

5  with this guy.  And the AW was talking to him the other

6  day, and my cellie turned around and he started

7  laughing, and he said, "Did you hear what the AW told

8  Cruz?"

9            And I said, "No."

10           And he said, "The AW said, 'Man, don't

11  give me that bullshit and try to play it like you're

12  innocent.'"

13           And I was just like, "Oh, my God."

14           MS. CHAO:  Yeah.

15           MS. PINSON:  So yeah, I'm in the SHU.

16           And you know, I don't -- I don't have any

17  issues about whether I'm going to beat this bogus

18  disciplinary report, because I have a video on my side.

19  I never did anything to try to hit the guy back.

20  He punched me in the face and got tackled, you know.

21           MS. CHAO:  Uh-huh.

22           MS. PINSON:  I think I probably sustained

23  more injury from the cops taking me down to the ground

24  than anything, but that's their standard procedure.

25  If they think people are fighting, they take them both

11

1   down.

2              MS. CHAO:  Uh-huh.

3              MS. PINSON:  Oh, my goodness.

4              MS. CHAO:  Yeah.

5              MS. PINSON:  So yeah.  And now --

6              MS. CHAO:  Why was this guy -- well, I

7   know I can't understand it.  But why would he pick out

8   four of you, and then it's like, "Tell him I'm going to

9   go do this.  And tell this guy I'm going to do this,"

10  you know?

11             MS. PINSON:  Because he has made a lot of

12  money selling drugs.

13             MS. CHAO:  Uh-huh.

14             MS. PINSON:  And he's one of those

15  unfortunate cases that I see from time to time of

16  someone who suffers from serious delusions of grandeur.

17  You know, he -- unfortunately, in this environment,

18  money makes a huge difference in terms of how you're

19  treated and what powers you have amongst your peers.

20             And, you know, he just got out of the SHU

21  27 days ago.  He spent six months in the SHU, same as I

22  did.

23             MS. CHAO:  Uh-huh.

24             MS. PINSON:  He was part of a different

25  investigation in a whole different matter, but

12

1 nevertheless, he was in the SHU right alongside me that

2 whole time.  And in less than 20 days, he has himself

3 back there under another massive investigation.

4           And, you know, when I was kind of having a

5 little tirade with him this morning, I was like it

6 just -- "The money wasn't enough for you.  You couldn't

7 be happy with the fact that you're making so much money

8 in prison, there's no way for you to spend it all.  But

9 you couldn't be happy with that.  You wanted money, and

10 then you wanted power.  And you used money and drugs to

11 gain power from your little associates in this prison.

12 And you decide that now that you have power, the first

13 thing you're going to do with it is to start hurting

14 people."

15           MS. CHAO:  Uh-huh.

16           MS. PINSON:  And I told him, I said,

17 "Dude, I've looked at your legal work before, and

18 you're doing a life sentence.  He's a state prisoner

19 being housed in the federal custody for his own safety.

20           MS. CHAO:  Uh-huh.

21           MS. PINSON:  But now he wants to come into

22 the federal system and play Scarface.  And I was just

23 like, "What is wrong with you?"

24           You know, I think that his reaction was

25 much the same as that of the officers in that, "Well, I

13

1  didn't think you were going to fucking do anything

2  about it."

3              And it's like, "Well, I'm sorry that your

4  perception of me is that I would just let one of my

5  friends blindly walk into something that could kill

6  them.  Because, you know, sometimes when people stab

7  people, they die, you know."

8              MS. CHAO:  I'd say that's a common

9  outcome, yeah.

10              MS. PINSON:  Yeah.  It's like why would

11  you pick me?  You know he's my friend, and you know I

12  care.  Why would you pick me, of all people that you

13  could have asked?  You had 1,000 other people that you

14  could have asked to deliver this message.  You chose me

15  and three people that I'm close to.

16              And I think the point of the other three

17  guys is, he knew that they would just follow my lead.

18  So if I said handle it this way, that's probably how

19  they would decide to handle it too.

20              MS. CHAO:  Uh-huh.

21              MS. PINSON:  But I can't, for the life of

22  me, understand why he thinks that I would just do

23  nothing.  "Here ya go.  You might die today.  Have a

24  nice Christmas."  No.

25              MS. CHAO:  Yeah, yeah.

14

1          MS. PINSON:  But it's very frustrating.

2   And, you know, I get it.  They kind of have to dot

3   their I's and cross their T's, you know.  I know that

4   my safety is not in jeopardy going forward, but even

5   having to go through all this, it's so frustrating,

6   because it's Christmastime.  I do not want to be back

7   in the SHU right now --

8          MS. CHAO:  Right.

9          MS. PINSON:  -- for Christmas at all, much

10  less with a cellmate that I just -- every day I wake up

11  and I'm like, oh, my God, let me get out today.

12          MS. CHAO:  He's not -- the cellmate's not

13  a threat to you, is he?

14          MS. PINSON:  No, he's not.  He's just a

15  threat to my frustration tolerance.

16          MS. CHAO:  Oh, okay.  Okay.

17          MS. PINSON:  He doesn't talk very much,

18  but when he does talk, he wants to argue about

19  something.  And I mostly just lay on my bed and read

20  books, and he likes to remind me that he's 43 and I'm

21  34.

22          MS. CHAO:  Well, why can you -- how can

23  you argue about that?

24          MS. PINSON:  Yeah.

25          MS. CHAO:  No, you got it backwards.

15

1   I'm 43 and you're 34.

2            MS. PINSON:  I mean, it's just like, okay,

3   you're older than me.  Congratulations.

4            And he's like, "Well, you handled that

5   situation completely wrong, youngster.  You should

6   have" -- and it was like, I got this.

7            And, you know, I mean, so naturally, he

8   wants to bring up the age thing, so I'll just "I've got

9   this, Grandpa.  Relax."

10            MS. CHAO:  I've got you, Grandpa.  That's

11   pretty good.

12            MS. PINSON:  Right.  But it's like, oh, my

13   God, I'm having to live with a total stranger, like

14   I've never talked to this dude in my life.  And now I'm

15   suddenly thrown in the cell with him, and it's just

16   like, oh, Jesus.

17            MS. CHAO:  Yeah.

18            MS. PINSON:  But I don't know.  I think

19   I'm taking it as well as I could possibly be expected

20   to.

21            MS. CHAO:  You certainly -- you certainly

22   appear to be in better spirits than I was anticipating.

23   I mean, I had no idea what happened when they came in

24   this morning.  We were scheduled to be the first visit,

25   you know.  And they said, no, he went in the SHU.  And

16

1   I'm like, oh, no.

2           MS. PINSON:  It's -- I don't know.  It's

3   like morbidly comical.

4           MS. CHAO:  Yeah.

5           MS. PINSON:  You know, it's actually funny

6   because when the cops took me down, -- you know, I was

7   in the middle of a dining hall with 200 people sitting

8   around eating their food and just looking like holy

9   crap.  And they're yanking my hands behind my back, and

10  I'm just face down on the floor, and I just started

11  laughing.  And the cop said, "What's so fucking funny?"

12          And I was just like, "Everything."  Oh, my

13  goodness.

14          MS. CHAO:  It's like you have to laugh to

15  keep from crying sometimes when things get, you know...

16          MS. PINSON:  I know I was looking over at

17  the table where I normally sit and some of the guys

18  sitting there were just shaking their heads.  Look what

19  you've got yourself into now.

20          But I've been in this situation before,

21  unfortunately.  I actually got written up one time for

22  assault and all kinds of craziness because a guy was

23  having a seizure.  I tried to help him --

24          MS. CHAO:  Oh, no.

25          MS. PINSON:  -- and, you know, all the cop

1    saw was that there's a guy laying on the ground with

2    blood all over his face and I'm holding onto him.  And

3    so his natural instinct is what they train them to do,

4    which is to send assistance.

5                   So he hits his alarm and comes out there,

6    and he's trying to get me out of the way.  And I ended

7    up going to the SHU, and it was just a big mess.

8                   And even though they knew by the end of

9    that day, watching the camera, what had happened, they

10   still wouldn't let me out of the SHU for like two

11   weeks.  And if there's anything just totally brain dead

12   about the Federal Bureau of Prison, it's that they have

13   no system in place to correct when they are wrong.

14                  MS. CHAO:  Yes.

15                  MS. PINSON:  And so even when they're

16   wrong, they still process you as if they were right.

17   And it's just like, whatever.

18                  MS. CHAO:  Yeah.

19                  MS. PINSON:  But I didn't get my bag of

20   Christmas goodies this year, and I'm not happy about

21   it.  But other than that, I'm okay.  There's really not

22   much to even say about it.  It's just --

23                  MS. CHAO:  It's so --

24                  MS. PINSON:  -- frustrating.

25                  MS. CHAO:  Yeah.  So the guy that hit you

18

1    in the cafeteria, is he in the SHU too?

2                    MS. PINSON:  Yep.

3                    MS. CHAO:  Yeah.  And the four -- or the

4    three are your friends, are they --

5                    MS. PINSON:  I don't know where they're

6    at.  You know, I don't know if they're back there in

7    some other area or if they're out there and they're

8    trying to, you know, make sure that they're all right.

9                    I mean, I would assume that -- you know,

10   they didn't want to let that guy out of the SHU when

11   they did, because he was already involved in a pretty

12   serious drug conspiracy that people got hurt as a part

13   of, you know.  And he really was lucky to get out of it

14   the first time.  And, you know, the investigator -- one

15   of the investigators said to me, "You know, he thinks

16   he's untouchable because he got out of the SHU.  And in

17   truth, he just -- he got really lucky."

18                   And I don't imagine that -- I don't know

19   what -- I know how -- I know the officers were happy to

20   see me get hit in the face, and they make their

21   smart-ass remarks every day in the SHU.  But it's like,

22   all right, whatever, part of the course, right?

23                   But the executive staff, I imagine, are

24   probably a little bent out of shape because, you know,

25   a fight is bad enough to begin with, but to have me be

19

1   the victim of an assault in such a situation, it comes

2   with a whole lot more attention and documentation.

3                    You know, the guy that hit me, he was

4   basically in a SHU cell in like 10 minutes.  He went

5   from the dining hall, they stripped him out, put him in

6   a holding cage, assigned him a cell, gave him a

7   mattress, and was like, here.

8                    Me?  No.  I had to sit for three and a

9   half hours in a holding cell, two medical assessments.

10  One of them videotaped.  You know, they were

11  videotaping me and the officers and the responding

12  staff.

13                   So, I mean, they wouldn't have had to do

14  that for me to know that it would be dealt with

15  differently just because it involved me.  But I don't

16  envy that guy.

17                   MS. CHAO:  No.

18                   MS. PINSON:  I don't imagine that this is

19  going to end well for him.  And I don't -- it's just

20  sad because this guy could very easily have talked his

21  way through this problem, you know.  And it just shows

22  you how random sometimes misfortune can be, you know.

23                   Going to that morning, the only reason I

24  went is -- I don't even really eat breakfast.  I was

25  going because I have to go pill line at breakfast time.

1    And if I hadn't had to go to the pill line, I wouldn't

2    have even been up there, you know.

3                    And it doesn't make a lot of sense to me

4    because I don't know exactly what he thinks he's gained

5    by all of this.  Because it looks to me like he's lost

6    everything.

7                    And it could have been much worse for me,

8    but it wasn't.  And I'm not sure that if I were in his

9    position, punching me in the face and taking me hostage

10   in the SHU for a couple weeks probably would not have

11   been worse.  Everything else he gave up.  But that's me

12   trying to apply my rational mind to irrational people

13   in an irrational place.

14                   MS. CHAO:  Well, it seems like though

15   that's -- yeah.  Because I'm just trying to figure,

16   like you said, irrational people in an irrational life

17   and what's going to happen next.

18                   MS. PINSON:  I mean, I don't know.

19   I guess it takes a special kind of person to want to

20   get yourself a light sentence in prison and your idea

21   of what you should do with your time is to become a

22   prison drug kingpin and start hurting the other people

23   serving time with you.

24                   MS. CHAO:  Right.

25                   MS. PINSON:  I don't think that that idea

1    has ever really crossed my mind, that I want to do

2    something like that.

3                    I mean, I have a lot of very cynical views

4    about prison systems and the criminal justice system in

5    general.  I have plenty of criticisms for how this

6    place is managed and operated, but never once has the

7    idea flittered across my brain, I'm going to be a major

8    drug dealer in prison, when I'm already serving a life

9    sentence.

10                   MS. CHAO:  Yeah.

11                   MS. PINSON:  But I --

12                   MS. CHAO:  Yeah.  I mean --

13                   MS. PINSON:  And they're trying to figure

14   it out.  Because, I mean, the way they usually deal

15   with stuff like this is somebody goes to the Challenge

16   Program, to the SHU.  Well, you know that ends their

17   program.  They just have to go and reapply and do all

18   these things.

19                   And, you know, I asked one of the

20   psychologists in the SHU about that, and she's like,

21   "Well, I'm pretty sure they're going to try to figure

22   something out in your case because you were the

23   victim."

24                   But it's very frustrating.

25                   MS. CHAO:  Yeah.  All the stuff you went

1   through to get a little extra in the building and then

2   like you were in the (indiscernible).

3                    MS. PINSON:  Yeah.

4                    MS. CHAO:  Yeah.

5                    MS. PINSON:  I don't even know what to say

6   about it sometimes.

7                    MS. CHAO:  Yeah.

8                    MS. PINSON:  It's hard to keep an

9   optimistic viewpoint.

10                    MS. CHAO:  Uh-huh.

11                    MS. PINSON:  It's hard, but, you know, I

12  guess to a point, I'm just very stubborn in that way,

13  that no amount of hardship is going to change my view

14  that the right ideas and the right effort behind them

15  will prevail in the end, you know.

16                    And I think that to the extent that people

17  who have known me for a long time, I think that people

18  respect that resilience, because it is ideological on

19  some level.

20                    But on another level, there's a lot of

21  sacrifice and commitment to that idea.  I could very

22  easily sit in this prison and do what these other

23  people do.  I could deal drugs, and I could get high

24  all day every day, and I could not care about what's

25  going on in the world, and I could let television and

23

1   music and the prison culture be everything that I pay

2   attention to, you know.

3               But I feel like the prison sentence is bad

4   enough, but to surrender your identity, to surrender

5   what makes you you, to become a faceless thing and

6   number in a prison world?

7               You know, I told one of the cops the other

8   night when he moved me across from the guy that had

9   caused me to be attacked in the first place, this cop

10  was just running his mouth.  And they're moving my

11  stuff, and I'm just looking at him, and he's like, "You

12  got anything you'd like to say?  It looks like you want

13  to say something."

14              And I said, "Rest assured, if I had

15  something to say, I would say it.  But since you seem

16  to be itching for a statement, I love the fact that

17  I've rented so much space in your mind that you feel

18  the need to stand here and rant and rave at me."

19              MS. CHAO:  Uh-huh.

20              MS. PINSON:  You know, a lot of prisoners

21  ask me like, "How do you possibly not go crazy with

22  them poking at you like every day?"

23              MS. CHAO:  Yeah.

24              MS. PINSON:  One of the officers today,

25  you know, he came to the door, and he said, "Hey, I

24

1   heard about that fight.  They say that guy beat the

2   shit out of you."

3                And I said, "Yeah, he did.  And the worst

4   part of it, I didn't have any toilet paper on me."

5                And it's like what do they want me to say?

6   I'm not feeding into that.  It's nonsense.

7                MS. CHAO:  That's right.  Exactly.

8                MS. PINSON:  But, you know, so I do try to

9   find some levity in this.  And I'm going to give them a

10  reasonable opportunity to do their job and to do it the

11  right way, you know.  I'm not going to drown them in

12  lawsuits and paperwork right away.  I'm going to give

13  them a good faith opportunity to do the right thing and

14  expunge this idiotic disciplinary report and send me

15  back to my program unit.

16                MS. CHAO:  Uh-huh.

17                MS. PINSON:  And I hope that in light of

18  the fact that I'm a victim here, they can be amenable

19  to that and maybe just once step out of their standard

20  way of doing things.

21                And I have quite a bit of hope that that's

22  what they're planning to do here, you know.  It's not a

23  typical thing for the captain, who is the head of

24  security here, to come to the SHU and tell somebody

25  they need to get rid of that stuff because I watched

25

1   the video.  You were a victim, you know.

2               MS. CHAO:  Yeah.

3               MS. PINSON:  But if it weren't the

4   holidays, I might possibly already be back in my unit.

5   The holidays complicate everything, and I'm trying to

6   play devil's advocate and say yes, there is a more

7   efficient way to do this, but it's not bordering on

8   malicious yet.

9               MS. CHAO:  Yeah.

10              MS. PINSON:  You know, give it a few days.

11  But it is frustrating though.

12              MS. CHAO:  Yeah.

13              MS. PINSON:  I didn't want to spend

14  Christmas back there locked in a cell.

15              And I feel bad for people like Shaun Cruz.

16  And I know that's probably the opposite of what people

17  would typically say about a man who used money to

18  cause -- done physical harm, but I do.  And I do

19  because I recognize that his future is very dark, and

20  his past has been very dark.  And he's a very unhappy

21  human being inside.

22              And it tends to be those kinds of people

23  that do the most damage in here, you know, the people

24  who don't have a future to look forward to outside of

25  this.  And even though this was physically and somewhat

26

1   emotionally traumatic, I didn't feel bad for him,

2   because I know that this is not necessarily my future,

3   certainly not until the end of my life.  But for him,

4   it is.

5             MS. CHAO:  Uh-huh.

6             MS. PINSON:  And for him, this is what he

7   has to look forward to, waking up every single day

8   until the day he doesn't wake up again.  And I probably

9   should feel anger, but I don't.  I pity him.

10            MS. CHAO:  That's -- I think that's

11  amazing.  I think it's really amazing with everything

12  that's happened to you and your core, you just haven't

13  let that be corrupted and you still have empathy for --

14  even for people who do you in, you know.  I think

15  that's pretty amazing.

16            MS. PINSON:  Well...

17            MS. CHAO:  I mean, I certainly respect it.

18            MS. PINSON:  I've read Mechi, and Mechi

19  had some interesting points.  But his philosophy was a

20  very dark one.

21            And I know that I made a lot of really bad

22  choices in my life prior to and for a huge chunk of my

23  early incarceration.  And there was no possible way of

24  making a situation worse that I wasn't willing to just,

25  let do this too, you know.  And eventually I found

27

1   myself in the darkest place that the criminal justice

2   system had for you, which essentially is the Super Max

3   in Colorado, you know.

4               And sometimes it still amazes me that I

5   can honestly say that the Bureau of Prisons classified

6   me, at one time, as being the same level of

7   dangerousness as El Chapo or the Boston Bomber or --

8   you know.  And I guess when I look in the mirror, I

9   don't -- I don't see someone like those type of people.

10              But obviously, if they had me in that

11  institution, then that means some people with some

12  pretty high rank in government believed that that was

13  the type of person I was, and that's where I needed to

14  be.

15              MS. CHAO:  Uh-huh.

16              MS. PINSON:  And I like to think that when

17  you get to the farthest, darkest, lower part of a hole,

18  the goal should be to go up, right?  There's nowhere

19  left to go down.

20              MS. CHAO:  No.

21              MS. PINSON:  And so I look at my past like

22  that.  I look at it as I went as far as you could go.

23  The only thing that was left for me was death itself.

24  The only thing that I hadn't achieved yet, in terms of

25  doing wrong, had been the taking of life, you know.

28

1  And I believe that those experiences were extremely

2  traumatic to me, but I also believe that they were life

3  changing as well.  Because my perspective on everything

4  in life is very different now.  And I think that all of

5  that suffering has mostly given me a very acute sense

6  of suffering in other people.

7              MS. CHAO:  Uh-huh.

8              MS. PINSON:  And I don't think that in the

9  end, I'm going to be judged by my decisions when I have

10 an abundance of choice.  I think the things that I'll

11 be remembered for most, eventually, will be the

12 decisions I made in moments where people probably would

13 not have been able to fault me if I had made a really

14 bad decision, you know.

15             My cellmate, you know, he argued with me

16 yesterday.

17             MS. CHAO:  Imagine that.

18             MS. PINSON:  Yeah.  And he believed that

19 the best way forward in this situation for me would be

20 to rally all of the people who liked me and all of the

21 people who wished to protect me and to turn every one

22 of those people against the guy across the hall.

23             And, you know, I politely, but firmly

24 pushed back on his position and just said no.

25             And so finally, he made me mad, and I just

1   said, "You know, I don't think that I've been clear

2   enough with you because you seem to not understand that

3   I don't agree with you.  And I don't agree with you

4   because I'm just reflexively being stubborn; it's

5   because I've listened to what you have to say, and I

6   don't agree with any of it.

7              "So let me be clear.  You're absolutely

8   right.  I have the power to leverage my relationships

9   with other people for a violent counterattack.  And I

10  know that I have that power, and I'm not going to use

11  it.  I'm not going to use it because it doesn't make me

12  any better than him.  And where does that stop?

13  Exactly where does it stop?"

14             Because I retaliate against him, and now

15  he and whoever I've injured are angry and then they

16  want to retaliate against me, and then it's just going

17  to become this thing, you know.

18             And I just asked him -- I looked at him

19  and I said, "Do you know what the original beef was

20  with the Crips and the Bloods?"

21             And he just...

22             I said, "Of course, you don't.  Nobody

23  does.  Nobody."

24             MS. CHAO:  Okay.  I was thinking you were

25  going to tell me.

1          MS. PINSON:  Yeah.  Well, I just looked at

2   him and I said, "Of course, you don't.  Nobody does."

3          Everybody knows that these are two very

4   large gangs that all they do is kill each other.  And

5   some have taken a monopoly on the color red, and some

6   have taken monopoly on the color blue.  But walking in

7   the wrong part of town in Los Angeles with the wrong

8   color T-shirt on can get you killed.  But I doubt

9   you're going to find very many people that could tell

10  you how they got started.

11          I'm not going to be the person who starts

12  a type of chain of events.  I'm not, you know.

13          And then he totally switched it on me, and

14  he said, "Well, you should have took your" -- "the guys

15  that were there to protect you (indiscernible).  What's

16  wrong with you?"

17          And I was like, you don't get it.  Like

18  I'm not the type of person that wants other people to

19  suffer so that I can suffer less.  It doesn't make any

20  sense.  It's bad either way, you know.

21          If I were to let somebody else take that

22  punch for me, then I would just be sitting in the

23  general population emotionally distraught for a

24  different reason.  Because now I'm sitting out there

25  and I'm worried about the harm that has come to someone

1   that I care about, who was trying to protect me.

2                But, you know, I always like to remember a

3   book I read.  I read a book one time that said there's

4   people -- people have two kinds of conversation after

5   someone's funeral.  There's the thing that they say at

6   the funeral and at the wake and, you know, all that

7   stuff.  And then there's what they say when it's not a

8   formal thing to sit around and talk about, right?

9                And so I think of that sometimes, what I

10  read in that book, you know, what would people say at

11  my funeral?

12                MS. CHAO:  Uh-huh.

13                MS. PINSON:  And if the only decisions

14  that I can make that are right are the decisions that

15  are easy, then I don't like to think what people will

16  say about me when I'm gone.

17                But if I make the same decisions and hold

18  to the same beliefs when everything in the world tilts

19  against that, and it would be so much easier to just

20  give in and say I'll do what everybody else does, so

21  then that would just be hypocrisy.

22                That would be me demonstrating to others

23  that nothing that I say I believe in, nothing that I

24  say that I think or I feel is true.  It's all just a --

25  it's a facade to cover malice and animosity and evil,

1   you know.

2               And that's what I see when I look at some

3   of these guys.  I see -- I don't want to say I see

4   darkness because I don't think that's really the best

5   adjective for it.  But there are people sometimes and I

6   look into their eyes and I see nothing.  There are

7   people in here like that.  I look into their eyes, and

8   I see nothing.

9               And there are people sometimes that, you

10  know, they smile or they say something, and I look at

11  them and I smile too, but in my mind I'm thinking, your

12  face is smiling, but your eyes are not.

13              MS. CHAO:  True.

14              MS. PINSON:  And I don't know.  I think if

15  they take control of my mind as well as everything

16  else, that that's the ultimate victory.  I think if I

17  change for these people or I change how I see people or

18  how I feel about people, they won.  They took hostage

19  my identity and what came out the other side of it is

20  something that I'm not, and I don't want to be.  But it

21  ain't easy.

22              MS. CHAO:  No.

23              MS. PINSON:  But I don't see an

24  alternative.  At least not alternatives that I'm

25  willing to accept, you know.

33

1          I've seen some people that I've known for

2  a very long time.  You know, they go through the same

3  type of stuff.  And there comes a day that, you know,

4  they decide, well, if you can't beat them, join them.

5          And, you know, oftentimes in situations

6  like that, these are people that will try to hide what

7  they're doing, you know.  And I think it's because on

8  some level, they feel ashamed or they feel that they

9  don't want to tell me what they're up to because it

10  will disappoint me, and I won't want to be their friend

11  anymore.

12          And occasionally, I've had to take people

13  aside and just be like, what are you doing?  Oh, I'm

14  not doing anything.  And it's like, hello.

15  (Indiscernible.)  I'm not a dummy.  I know what you're

16  doing.

17          And I'll just tell people, "You know where

18  that road leads, right?  All right.  I won't join you,

19  but if you need somebody to talk to, I'm always here,"

20  you know.

21          And he asked me this morning why I didn't

22  just deliver his message, you know.

23          MS. CHAO:  Uh-huh.

24          MS. PINSON:  And I told him, "It's a

25  matter of principle.  It's a matter of integrity and

1   honor, and you should have known better than to give me

2   a threat like that anyway."

3                    MS. CHAO:  Yeah.

4                    MS. PINSON:  You play with fire, sometimes

5   you get burned.

6                    And I don't know.  There's a lot I don't

7   know.  Too much that I don't know and will never know.

8                    MS. CHAO:  Yeah.

9                    MS. PINSON:  And, you know, I wish I could

10  sit here and struggle and pull a better answer out of

11  my ass, but I don't have all the answers.  Not even

12  come close.

13                   MS. CHAO:  Yeah.

14                   MS. PINSON:  But I'm going to get through

15  this and, you know, hopefully, with minimal additional

16  trauma, as necessary.  And hopefully, the next time you

17  come up here -- because, I mean, it's pretty obvious

18  that, you know, they're not intending to use this

19  particular matter to mess with me.  You know, knock on

20  wood somewhere.

21                   MS. CHAO:  Yeah.  Here.  Here's a piece of

22  wood.  Yeah.

23                   MS. PINSON:  Well, I can't say that it

24  would surprise me if they tried to use this in a way

25  that adversely affects me, you know.  I didn't do

1   anything wrong, but sometimes the truth is not what --

2   right and wrong doesn't really matter.

3              MS. CHAO:  Yeah.

4              MS. PINSON:  You know, I am absolutely

5   certain that you know the truth of that.  Sometimes it

6   doesn't matter.

7              But I'm definitely going to try to get

8   through this as quickly as possible.  Go back to my

9   program, and hopefully, they take these guys and make

10  them someone else's problem.

11             MS. CHAO:  Yeah.

12             MS. PINSON:  But yeah, I'm ready for the

13  end of this.  This is crazy, absolutely crazy.

14             MS. CHAO:  Yeah.

15             MS. PINSON:  On a good note though, the

16  Government is continuing to settle another one of my

17  cases.  And it's especially funny because two weeks

18  ago, we just reached an agreement with the court that

19  they would have to give me a job in the education,

20  Chapel, psychology, or health services department.

21             And to try to kind of make sure that

22  nobody on the local level messes with our agreement,

23  the regional attorney is supposed to be working with

24  the executive staff here, and they were just going to

25  get the language of the agreement together after the

1   holidays.

2            So I don't know exactly how that's going

3   to affect things going forward, but it may add some

4   slight motivation to the people that, you know, sign

5   all these things and write all these reports and stuff.

6   It may motivate them to move a little more quickly.

7            MS. CHAO:  Yes.

8            MS. PINSON:  But it seems like it's -- if

9   you can believe it, it seems like the lawyers and the

10  justice department are being a little more flexible

11  with me.  And I think a big part of that is that during

12  this multimonth process of negotiations, you do a lot

13  of talking in these things that isn't necessarily pure

14  legalese.  It's just banter, you know.  And I think

15  that these people are, or at least people in pretty

16  high positions of power, I think they're getting a

17  different view of me.

18            You know, I think the person that exists

19  on paper in their files, I think they have a much

20  different view of that because they're starting to

21  relax some.

22            I actually -- I was actually laughing.

23  I went out there two weeks ago, and we were

24  negotiating.  And my unit counselor, she was sitting in

25  the conference room where the video equipment is at,

37

1    but she was off to the side, so they couldn't see her.

2    But she could see me, and she could see them.

3               And she's just -- and so the guy comes on,

4    and he's sitting at his own conference table and he's

5    like, "Hey, how ya doing?"

6               And I'm like, "I'm fine.  How was

7    Ireland?"  Because I remember that he was going on a

8    vacation to Ireland.  And so he's telling me about his

9    Ireland trip and some anecdotes about his kids, and he

10   was laughing and I'm laughing.  But we talk like that

11   for maybe 10 minutes before we actually got in the nuts

12   and bolts of what we're there to negotiate.

13              And so towards the end, she thought that

14   he was done because he had gotten up and he kind of

15   walks off screen a little bit, and she comes over and

16   she says, "Who was that?"

17              And I looked, and he came back on the

18   screen, and he said, "What's that, Grace?  Did you say

19   something?"

20              And I said, "No.  My counselor is here.

21   She'd like to know who you are."

22              And he's like, "Oh, I work in the civil

23   division of the Department of Justice."  You know, way

24   up the chain.  And she just got this look, and I was

25   like, "All right, Joe.  Have a good weekend, and I'll

1   see you at the next one."

2              And I pushed the button to turn the

3   microphone off, and she looks at me and she's like,

4   "Is that a conference room in Washington?"

5              And I said, "Yeah."

6              "In the Justice Department?"

7              "Yeah."

8              "Where the attorney general works?"

9              "Yeah."

10             She was just like huh.  Oh, but it's so

11  funny because like I had to keep a straight face, but I

12  wanted to be just like so smug.  Like, yeah, I saw so

13  many levels of the chain that you don't even know their

14  names.

15             I was joking about it with my cellie, and

16  my cellie is like, "Oh, you're terrible, Grace."  And I

17  was like, well, it's what it is.

18             I have to find ways of constructively

19  occupying my time, you know.  Well, I'm a huge advocate

20  for college training programs, vocational training,

21  all types of stuff like that in prison.  And a big part

22  of that is that I know that although my activities have

23  been very adversarial, they've been performed in a very

24  constructive way.

25             And I think that the best thing that I

1  added to my old life that has brought some measure of

2  stability, such that stability even exists in my life,

3  it comes from a constructive application of my time and

4  my effort and my energy.

5            And, you know, you're always going to have

6  people that will be won over with greed.  You know,

7  this guy in my unit -- or in the SHU, that did all this

8  to me, Shaun Cruz, he's a very likable person who's

9  very charming.  He's very intelligent.  And his skills

10  could be put to so much greater use, but he thinks that

11  money and drugs and power and all of the stuff that

12  comes with that are things that are going to fill this

13  void in his own heart, you know.

14            And I can't exactly sit down with the guy

15  and just be like, "Look, that hole inside you, you're

16  never going" -- "no amount of money in the world, no

17  amount of power or flunkies or whatever, that's never

18  going to fill that hole."

19            I've got the same hole, and it refuses to

20  be satiated.  But I can't tell him that, you know.

21            But I think a lot of people in here would

22  benefit from structure, a different type of structure,

23  you know.  And I hope that when I'm no longer inside

24  this machine, that I can alter the machine because it

25  doesn't have to be this way, you know.

40

1          MS. CHAO:  Well, if it were truly about

2   rehab, I think it would be quite different, you know.

3   (Indiscernible) starting in, you know.  A lot of people

4   are better off if they're kept busy.  I'm better off if

5   I'm busy, you know.

6          MS. PINSON:  I don't know.  I think a lot

7   of my work in here has brought about changes, but I

8   also think a lot of it has just made me a symbol.

9          I think for a lot of inmates, I'm the

10  physical embodiment of this ideal of, you know, putting

11  idealism into practice, you know.  I don't think that

12  most people in here have much to draw upon in terms of

13  specific examples of people that stand up to authority.

14  And no matter what they do, they're not broken by that

15  same authority, you know.

16          And there's many different things to be

17  said about that, you know, but sometimes being a symbol

18  is not good for the symbol.

19          MS. CHAO:  Yeah.

20          MS. PINSON:  You know.  And I'm not so

21  sure that this guy -- I'm not so sure that this guy

22  would have made the same effort to get this message

23  passed by other people.  And I think that a big part of

24  trying to get me to deliver that message was the weight

25  that would be added to the message by my delivering it,

1    you know.

2              And a big part of why I didn't go along

3    with this plan was because I felt that this guy was, in

4    some ways, hijacking my relationship with other people

5    to manipulate a situation, to get his way.  And I

6    dislike that almost as much as I dislike the idea of

7    one of my friends being hurt over something so

8    intangible.

9              The cops have sometimes done that to me

10   before.  And in some situations, I have let them do it.

11   And I've had situations where cops have said, "Hey,

12   this guy's on a suicide watch and he's flipping out and

13   yada, yada, yada.  Can you go down there and talk to

14   him and see if he can chill out?"

15             And sometimes they say that, and I say no.

16   I'm not going down there and getting in that.  It has

17   nothing to do with me.

18             Sometimes they've come and somebody is

19   literally in a crisis situation, like they've seriously

20   hurt themselves.  And in those circumstances, I've

21   gone, you know.

22             But I don't like the relationship I have

23   with other prisoners to be leveraged for a use that I

24   don't personally intend or want, you know.

25             MS. CHAO:  Well, you have to be on top of

42

1  it all the time.  I mean, that must be part of what --

2  it's hard, you know, just having to     second-guess.

3                 MS. PINSON:  Everything.

4                 MS. CHAO:  Yeah.

5                 MS. PINSON:  Yeah.  It's --

6                 MS. CHAO:  Well, I guess you got your full

7  hour.  Are they coming around?

8                 MS. PINSON:  Well, it's okay.

9                 MS. CHAO:  I can talk until late.

10                 MS. PINSON:  Well, I appreciate you coming

11  to see me.  And I hope the next time I come, I won't be

12  behind this glass.

13                 MS. CHAO:  I hope so too.  I'll try to get

14  you out first again like (indiscernible).

15                 MS. PINSON:  Okay.  Well, I know -- yeah.

16  I know my lawyers are working on it.  They got the

17  message, and they're trying to get it all worked out.

18                 But I guess the best thing I can do is

19  just focus on the future.  But have a good Christmas

20  and New Year's, you know.

21                 MS. CHAO:  I'm coming back on Saturday,

22  the 18th.

23                 MS. PINSON:  Okay.

24                 MS. CHAO:  Several people didn't get their

25  mail.  I don't know (indiscernible).

43

1          MS. PINSON:  All right.  Thank you.  I'll

2   see you when you come back.  Bye.

3               (Conclusion of recorded audio.)

4                    *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

44

1   STATE OF ARIZONA      )
                          )  ss.
2   COUNTY OF MARICOPA    )

3           BE IT KNOWN that the foregoing transcript was
    prepared from an electronic recording; that research
4   was performed on the spelling of proper names and
    utilizing the information provided, but that in many
5   cases, the spellings were educated guesses; that the
    transcript was prepared by me or under my direction and
6   was done to the best of my skill and ability.

7           I FURTHER CERTIFY that I am in no way related
    to any of the parties hereto nor am I in any way
8   interested in the outcome hereof.

9           I CERTIFY that I have complied with the ethical
    obligations set forth in ACJA 7-206(F)(3) and ACJA
10  7-206(J)(1)(g)(1) and (2).  Dated in Phoenix, Arizona,
    this 5th day of January 2022.

11

12

13

14

15

16
                        ____/s/ Cindy Bachman_____
17                           Cindy Bachman
                        AZ Certified Reporter No. 50763
18

19          I CERTIFY that GRIFFIN GROUP INTERNATIONAL, has
    complied with the ethical obligations set forth in ACJA
20  7-206(J)(1)(g)(1) through (6).

21

22

23
                        _____/s/Pamela A. Griffin____
24                      GRIFFIN GROUP INTERNATIONAL
                          Registered Reporting Firm
25                         Arizona RRF No. R1005

**$**

**$1,000**
5:8
**$500**
5:3,8

**1**

**1,000**
13:13
**10**
19:4 37:11
**100**
2:25
**18th**
42:22

**2**

**20**
12:2
**200**
16:7
**27**
11:21
**2:00**
4:20 5:10

**3**

**34**
14:21 15:1

**4**

**43**
14:20 15:1

**A**

**absolutely**
29:7 35:4,13
**abundance**
28:10
**accept**
32:25

**achieved**
27:24
**act**
5:12
**acting**
8:3
**activities**
38:22
**acute**
28:5
**add**
36:3
**added**
39:1 40:25
**additional**
34:15
**address**
5:23
**adjective**
32:5
**adversarial**
38:23
**adversely**
34:25
**advocate**
25:6 38:19
**affect**
36:3
**affects**
34:25
**age**
15:8
**agitated**
5:18
**agree**
29:3,6
**agreement**
35:18,22,25
**ahold**
7:10
**alarm**
7:12 17:5
**alongside**
12:1
**alter**
39:24

**achieved**
27:24
**alternative**
32:24
**alternatives**
32:24
**amazes**
27:4
**amazing**
26:11,15
**amenable**
24:18
**amount**
22:13 39:16,17
**anecdotes**
37:9
**Angeles**
30:7
**anger**
26:9
**angry**
29:15
**animosity**
31:25
**answers**
34:11
**anticipating**
15:22
**anymore**
33:11
**application**
39:3
**apply**
20:12
**area**
18:7
**argue**
14:18,23
**argued**
28:15
**ashamed**
33:8
**ass**
34:11
**assault**
16:22 19:1
**assessments**
19:9

**assigned**
19:6
**assistance**
17:4
**associates**
12:11
**assume**
18:9
**assured**
23:14
**attacked**
23:9
**attention**
19:2 23:2
**attorney**
35:23 38:8
**audio**
2:1 43:3
**authority**
40:13,15
**average**
8:8
**AW**
10:5,7,10

**B**

**back**
2:15,23 4:20 5:19
8:8 9:1,11 10:19
12:3 14:6 16:9
18:6 24:15 25:4,14
28:24 35:8 37:17
42:21 43:2
**backwards**
14:25
**bad**
18:25 23:3 25:15
26:1,21 28:14
30:20
**bag**
17:19
**banter**
36:14
**barcode**
6:25

**basically**
2:13 4:6 7:10,19
19:4
**beat**
10:17 24:1 33:4
**bed**
14:19
**beef**
29:19
**begin**
18:25
**beliefs**
31:18
**believed**
27:12 28:18
**benefit**
39:22
**bent**
18:24
**big**
17:7 36:11 38:21
40:23 41:2
**bit**
24:21 37:15
**blinders**
9:24
**blindly**
13:5
**blood**
17:2
**Bloods**
29:20
**blue**
30:6
**bodyguards**
6:13
**bogus**
10:17
**bolts**
37:12
**Bomber**
27:7
**book**
31:3,10
**books**
14:20

boom
7:4

bordering
25:7

Boston
27:7

brain
17:11 21:7

breakfast
2:10 19:24,25

bring
4:4 15:8

brings
3:25

broken
40:14

brought
39:1 40:7

BS
7:14

building
22:1

bullshit
10:11

bunch
7:14

Bureau
17:12 27:5

burned
34:5

busy
40:4,5

button
38:2

Bye
43:2

C

cafeteria
18:1

cage
19:6

called
5:16,17

calls

3:17

camera
17:9

captain
7:19 24:23

care
13:12 22:24 31:1

careful
6:5,6

carefully
5:13

carry
2:19

case
21:22

cases
11:15 35:17

caused
23:9

cell
5:18 7:21 8:11
15:15 19:4,6,9
25:14

cellie
10:6 38:15,16

cellmate
14:10 28:15

cellmate's
14:12

CEO
7:6

chain
30:12 37:24 38:13

Challenge
21:15

change
22:13 32:17

changing
28:3

CHAO
2:4,6,12 3:2,8,15
4:13,25 6:2 7:2,7
8:6,22 9:25 10:3,
14,21 11:2,4,6,13,
23 12:15,20 13:8,
20,25 14:8,12,16,
22,25 15:10,17,21

16:4,14,24 17:14,
18,23,25 18:3
19:17 20:14,24
21:10,12,25 22:4,
7,10 23:19,23
24:7,16 25:2,9,12
26:5,10,17 27:15,
20 28:7,17 29:24
31:12 32:13,22
33:23 34:3,8,13,21
35:3,11,14 36:7
40:1,19 41:25
42:4,6,9,13,21,24

Chapel
35:20

Chapo
27:7

charming
39:9

chill
41:14

choice
28:10

choices
26:22

chose
13:14

Christmas
13:24 14:9 17:20
25:14 42:19

Christmastime
8:1 14:6

chunk
26:22

circumstances
41:20

civil
37:22

classified
27:5

clear
29:1,7

close
6:10 13:15 34:12

college
38:20

color

30:5,6,8

Colorado
27:3

comical
16:3

commencement
2:1

commitment
22:21

common
13:8

communication
9:10,20

compelling
9:23

completely
15:5

complicate
25:5

conclusion
43:3

conference
36:25 37:4 38:4

Congratulations
15:3

conspiracy
18:12

constructive
38:24 39:3

constructively
38:18

continuing
35:16

control
32:15

conversation
31:4

cop
7:11 16:11,25 23:9

cops
7:12 10:23 16:6
23:7 41:9,11

core
26:12

correct
17:13

corrupted
26:13

counselor
36:24 37:20

count
4:17

counterattack
29:9

couple
20:10

court
35:18

cover
31:25

crap
16:9

craziness
5:11 16:22

crazy
2:8 8:9 23:21
35:13

credit
7:8

criminal
21:4 27:1

Crips
29:20

crisis
41:19

criticisms
21:5

cross
14:3

crossed
21:1

Cruz
10:8 25:15 39:8

crying
16:15

culture
23:1

custody
12:19

cynical
21:3

---

**D**

---

**damage**
25:23

**dangerousness**
27:7

**dark**
25:19,20 26:20

**darkest**
27:1,17

**darkness**
32:4

**day**
4:21 6:13 9:3 10:6
14:10 17:9 18:21
22:24 23:22 26:7,8
33:3

**days**
8:10 11:21 12:2
25:10

**dead**
17:11

**deal**
21:14 22:23

**dealer**
3:25 5:5 21:8

**deals**
9:19

**dealt**
19:14

**death**
27:23

**decide**
12:12 13:19 33:4

**decision**
28:14

**decisions**
28:9,12 31:13,14,
17

**deliver**
8:24 13:14 33:22
40:24

**delivered**
3:20

**delivering**
2:24 3:3,4 40:25

**delusions**
11:16

**demonstrating**
31:22

**department**
35:20 36:10 37:23
38:6

**detective**
8:21

**detector**
6:21

**developed**
9:10

**devil's**
25:6

**die**
13:7,23

**difference**
11:18

**differently**
19:15

**dining**
2:21,22 16:7 19:5

**dinner**
5:16,22,23 6:16

**directly**
8:11

**disappoint**
33:10

**disciplinary**
7:23 10:18 24:14

**discipline**
7:18

**dislike**
41:6

**distance**
6:18

**distraught**
30:23

**division**
37:23

**document**
7:1

**documentation**
19:2

**door**

**23**:25

**dot**
14:2

**doubt**
30:8

**draw**
40:12

**dropped**
7:9

**drown**
24:11

**drug**
3:24 5:5 9:19
18:12 20:22 21:8

**drugs**
11:12 12:10 22:23
39:11

**dude**
12:17 15:14

**dummy**
33:15

---

**E**

---

**early**
26:23

**easier**
31:19

**easily**
19:20 22:22

**easy**
31:15 32:21

**eat**
5:22 6:16 19:24

**eating**
16:8

**education**
35:19

**efficient**
25:7

**effort**
22:14 39:4 40:22

**El**
27:7

**else's**
35:10

**embodiment**
40:10

**emotionally**
26:1 30:23

**empathy**
26:13

**end**
9:6 17:8 19:19
22:15 26:3 28:9
35:13 37:13

**ended**
17:6

**endocrinologist**
4:19

**ends**
21:16

**energy**
39:4

**environment**
11:17

**envy**
19:16

**equipment**
36:25

**essentially**
2:20 3:24 27:2

**events**
30:12

**eventually**
9:22 26:25 28:11

**evil**
10:1,2 31:25

**examples**
40:13

**executive**
18:23 35:24

**exists**
36:18 39:2

**expect**
8:23 9:4

**expected**
15:19

**experiences**
28:1

**expunge**
24:14

**extent**
22:16

**extra**
22:1

**extremely**
28:1

**eyes**
32:6,7,12

---

**F**

---

**facade**
31:25

**face**
7:5 10:20 16:10
17:2 18:20 20:9
32:12 38:11

**faceless**
23:5

**facility**
7:19

**fact**
9:14 12:7 23:16
24:18

**facts**
5:13

**faith**
24:13

**farthest**
2:21 27:17

**fault**
28:13

**federal**
12:19,22 17:12

**feeding**
24:6

**feel**
23:3,17 25:15
26:1,9 31:24 32:18
33:8

**feet**
7:6

**felt**
41:3

**field**
4:21

**fight**
18:25 24:1

**fighting**
7:18 10:25

**figure**
20:15 21:13,21

**files**
36:19

**fill**
39:12,18

**finally**
28:25

**find**
24:9 30:9 38:18

**fine**
37:6

**fire**
34:4

**firmly**
28:23

**flexible**
36:10

**flipping**
41:12

**flittered**
21:7

**floor**
16:10

**flunkies**
39:17

**focus**
42:19

**follow**
13:17

**food**
16:8

**formal**
31:8

**forward**
14:4 25:24 26:7
28:19 36:3

**found**
26:25

**friend**
2:14 8:25 9:1
13:11 33:10

**friends**
4:22 13:5 18:4
41:7

**frustrated**
10:4

**frustrating**
14:1,5 17:24 21:24
25:11

**frustration**
14:15

**fuck**
5:25

**fucking**
8:17,18,20 13:1
16:11

**full**
42:6

**funeral**
31:5,6,11

**funny**
16:5,11 35:17
38:11

**future**
25:19,24 26:2
42:19

___

## G

**gain**
12:11

**gained**
20:4

**gangs**
30:4

**gather**
5:13

**gave**
3:22 19:6 20:11

**general**
2:9 21:5 30:23
38:8

**give**
10:11 24:9,12
25:10 31:20 34:1
35:19

**glass**
42:12

**goal**
27:18

**God**
10:13 14:11 15:13

**good**
15:11 24:13 35:15
37:25 40:18 42:19

**goodies**
17:20

**goodness**
2:5 11:3 16:13

**gossips**
5:11

**government**
27:12 35:16

**grabbed**
7:3,10

**Grace**
5:19 8:15 37:18
38:16

**grandeur**
11:16

**Grandpa**
15:9,10

**greater**
39:10

**greed**
39:6

**ground**
10:23 17:1

**guess**
20:19 22:12 27:8
42:6,18

**guy**
3:21,24 4:16 5:5,
16,17,20 7:4,10
8:9,12 9:2 10:5,19
11:6,9 16:22 17:1,
25 18:10 19:3,16,
20 23:8 24:1 28:22
37:3 39:7,14 40:21
41:3

**guy's**
41:12

**guys**
3:23 6:7,10,14
13:17 16:17 30:14

**goal**
32:3 35:9

___

## H

**half**
8:1 19:9

**hall**
2:21,22 6:22 9:2
16:7 19:5 28:22

**handle**
13:18,19

**handled**
15:4

**hands**
16:9

**happen**
2:17 9:21 20:17

**happened**
2:6 15:23 17:9
26:12

**happy**
12:7,9 17:20 18:19

**hard**
22:8,11 42:2

**hardship**
22:13

**harm**
25:18 30:25

**head**
24:23

**heads**
16:18

**health**
35:20

**hear**
5:12 10:1,7

**heard**
5:10 24:1

**heart**
39:13

**hell**
6:20

**Hey**
9:2 23:25 37:5
41:11

**hide**
33:6

**high**
22:23 27:12 36:16

**hijacking**
41:4

**hit**
4:23 5:20,21 7:13
8:12 10:19 17:25
18:20 19:3

**hits**
5:3 17:5

**hold**
6:24 7:11 31:17

**holding**
17:2 19:6,9

**hole**
27:17 39:15,18,19

**holidays**
25:4,5 36:1

**holy**
16:8

**honestly**
27:5

**honor**
34:1

**hope**
24:17,21 39:23
42:11,13

**hormone**
4:19

**horse**
9:24

**hostage**
20:9 32:18

**hour**
4:21 42:7

**hours**
19:9

**housed**
12:19

**hovering**
6:15

**huge**
11:18 26:22 38:19

**human**
25:21

**hurt**

Pinson vs
United States of America

Reporter's Transcript of Recorded Audio
December 22, 2019

5:8,9 18:12 41:7,
20
**hurting**
12:13 20:22
**hypocrisy**
31:21

**I**

**I's**
14:3
**ID**
6:25 7:4
**idea**
5:7 15:23 20:20,25
21:7 22:21 41:6
**ideal**
40:10
**idealism**
40:11
**ideas**
22:14
**identity**
23:4 32:19
**ideological**
22:18
**idiotic**
24:14
**illegal**
9:19
**imagine**
18:18,23 19:18
28:17
**immediately**
4:9
**incarceration**
26:23
**indiscernible**
2:4 22:2 30:15
33:15 40:3 42:14,
25
**individual**
2:9
**individuals**
2:19 4:6
**injured**
29:15

**injury**
10:23
**inmates**
40:9
**innocent.'**
10:12
**insane**
6:3 8:17
**inside**
25:21 39:15,23
**instinct**
17:3
**institution**
3:25 27:11
**intangible**
41:8
**integrity**
33:25
**intelligent**
4:3 39:9
**intend**
41:24
**intended**
4:7
**intending**
34:18
**intention**
5:24
**interesting**
26:19
**investigation**
11:25 12:3
**investigator**
18:14
**investigators**
18:15
**involved**
4:13 18:11 19:15
**Ireland**
37:7,8,9
**irrational**
20:12,13,16
**issues**
10:17
**itching**
23:16

**J**

**jeopardy**
14:4
**Jesus**
15:16
**job**
24:10 35:19
**Joe**
37:25
**join**
33:4,18
**joking**
38:15
**judged**
28:9
**justice**
21:4 27:1 36:10
37:23 38:6

**K**

**keeping**
9:7
**kids**
37:9
**kill**
13:5 30:4
**killed**
30:8
**kind**
3:9 5:18 9:1 12:4
14:2 20:19 35:21
37:14
**kinds**
16:22 25:22 31:4
**kingpin**
20:22
**kite**
5:2
**knew**
5:6 13:17 17:8
**knock**
34:19

**L**

**language**
35:25
**large**
30:4
**late**
42:9
**laugh**
16:14
**laughing**
10:7 16:11 36:22
37:10
**lawsuits**
24:12
**lawyers**
36:9 42:16
**lay**
14:19
**laying**
17:1
**lead**
13:17
**leads**
33:18
**left**
27:19,23
**legal**
12:17
**legalese**
36:14
**letter**
6:1
**level**
22:19,20 27:6 33:8
35:22
**levels**
38:13
**leverage**
29:8
**leveraged**
41:23
**levity**
24:9
**lieutenant**
3:6,17,19 4:2

**lieutenant's**
3:18 5:25
**life**
7:16 12:18 13:21
15:14 20:16 21:8
26:3,22 27:25
28:2,4 39:1,2
**lifting**
7:4
**light**
20:20 24:17
**likable**
39:8
**likes**
14:20
**Listen**
6:8
**listened**
29:5
**literally**
41:19
**litigator**
2:25
**live**
15:13
**local**
35:22
**lock**
4:8,16
**locked**
9:13 25:14
**long**
2:20 9:7 22:17
33:2
**longer**
39:23
**looked**
3:10,16 6:12 12:17
29:18 30:1 37:17
**Los**
30:7
**lost**
20:5
**lot**
11:11 19:2 20:3
21:3 22:20 23:20
26:21 34:6 36:12

39:21 40:3,6,8,9

**love**
23:16

**lower**
27:17

**lucky**
18:13,17

**M**

**machine**
39:24

**mad**
28:25

**made**
4:7 11:11 26:21
28:12,13,25 40:8,
22

**mail**
42:25

**major**
21:7

**make**
18:8,20 20:3 29:11
30:19 31:14,17
35:9,21

**makes**
11:18 23:5

**making**
12:7 26:24

**malice**
31:25

**malicious**
25:8

**man**
10:10 25:17

**managed**
5:8,9 21:6

**manipulate**
41:5

**massive**
12:3

**matter**
6:20 11:25 33:25
34:19 35:2,6 40:14

**mattress**
19:7

**Max**
27:2

**meal**
7:1

**means**
27:11

**measure**
39:1

**Mechi**
26:18

**medical**
4:18 19:9

**member**
4:4

**mess**
17:7 34:19

**message**
2:19,24 3:3,5 8:24
13:14 33:22 40:22,
24,25 42:17

**messes**
35:22

**metal**
6:21

**microphone**
38:3

**middle**
16:7

**mind**
20:12 21:1 23:17
32:11,15

**mine**
2:15

**minimal**
34:15

**minutes**
19:4 37:11

**mirror**
27:8

**misfortune**
19:22

**moments**
28:12

**Monday**
4:18

**money**

**monopoly**
30:5,6

**months**
11:21

**morbidly**
16:3

**morning**
4:17 8:13 12:5
15:24 19:23 33:21

**motivate**
36:6

**motivation**
36:4

**mouth**
23:10

**move**
3:11 36:6

**moved**
8:11 23:8

**moving**
23:10

**multimonth**
36:12

**music**
23:1

**N**

**names**
38:14

**natural**
17:3

**naturally**
7:14 15:7

**necessarily**
26:2 36:13

**needed**
27:13

**negotiate**
37:12

**negotiating**
36:24

**negotiations**
36:12

**nice**
9:3 13:24

**night**
23:8

**nonsense**
24:6

**normal**
7:25

**note**
35:15

**number**
23:6

**nuts**
37:11

**O**

**obvious**
34:17

**occasionally**
33:12

**occupying**
38:19

**offer**
5:7

**office**
3:19 5:25

**officer**
3:9 7:9,17

**officer's**
3:5

**officers**
12:25 18:19 19:11
23:24

**oftentimes**
33:5

**older**
15:3

**operated**
21:6

**opportunity**
24:10,13

**opposite**
25:16

**optimistic**
22:9

**original**
29:19

**outcome**
13:9

**outline**
3:22

**P**

**paper**
24:4 36:19

**paperwork**
24:12

**part**
9:18 11:24 18:12,
22 24:4 27:17 30:7
36:11 38:21 40:23
41:2 42:1

**passed**
40:23

**past**
25:20 27:21

**pay**
23:1

**peers**
11:19

**people**
4:8 5:4 6:23 8:2
9:7,13 10:25 12:14
13:6,7,12,13,15
16:7 18:12 20:12,
16,22 22:16,17,23
25:15,16,22,23
26:14 27:9,11
28:6,12,20,21,22
29:9 30:9,18 31:4,
10,15 32:5,7,9,17,
18 33:1,6,12,17
36:4,15 39:6,21
40:3,12,13,23 41:4
42:24

**perception**
13:4

**performed**
38:23

**person**
20:19 27:13 30:11,
18 36:18 39:8

**personally**
41:24

**perspective**
28:3

**philosophy**
26:19

**physical**
25:18 40:10

**physically**
25:25

**pick**
11:7 13:11,12

**piece**
34:21

**pill**
19:25 20:1

**PINSON**
2:5,8,13 3:3,9,16
4:14 5:1 6:3 7:3,8
8:7,23 10:1,4,15,
22 11:3,5,11,14,24
12:16,21 13:10,21
14:1,9,14,17,24
15:2,12,18 16:2,5,
16,25 17:15,19,24
18:2,5 19:18
20:18,25 21:11,13
22:3,5,8,11 23:20,
24 24:8,17 25:3,
10,13 26:6,16,18
27:16,21 28:8,18
30:1 31:13 32:14,
23 33:24 34:4,9,
14,23 35:4,12,15
36:8 40:6,20 42:3,
5,8,10,15,23 43:1

**pity**
26:9

**place**
5:11 8:12,20 17:13
20:13 21:6 23:9
27:1

**plan**
41:3

**planning**
24:22

**play**
8:20 10:11 12:22

**plenty**
21:5

**point**
9:12,22 13:16
22:12

**points**
26:19

**poking**
23:22

**politely**
28:23

**population**
2:9 30:23

**position**
8:4,24 20:9 28:24

**positions**
36:16

**possibly**
3:13 15:19 23:21
25:4

**power**
12:10,11,12 29:8,
10 36:16 39:11,17

**powers**
11:19

**practice**
40:11

**pretty**
15:11 18:11 21:21
26:15 27:12 34:17
36:15

**prevail**
22:15

**previous**
2:10

**principle**
33:25

**prior**
26:22

**priority**
3:14

**prison**
9:18,21 12:8,11
17:12 20:20,22
21:4,8 22:22 23:1,
3,6 38:21

**prison's**
5:11

**prisoner**
12:18

**prisoners**
4:1 23:20 41:23

**Prisons**
27:5

**problem**
19:21 35:10

**problems**
6:14

**procedure**
10:24

**process**
7:25 17:16 36:12

**program**
21:16,17 24:15
35:9

**programs**
38:20

**protect**
28:21 30:15 31:1

**psychologists**
21:20

**psychology**
35:20

**pull**
34:10

**punch**
30:22

**punched**
7:5 10:20

**punching**
20:9

**pure**
36:13

**pushed**
28:24 38:2

**put**
4:23 5:20,21 6:10
8:12,24 19:5 39:10

**putting**
7:15 40:10

**Q**

**quicker**
8:7

**quickly**
35:8 36:6

**R**

**rally**
28:20

**random**
19:22

**range**
8:10

**rank**
27:12

**rant**
23:18

**rational**
20:12

**rave**
23:18

**reached**
35:18

**react**
5:14

**reaction**
12:24

**read**
14:19 26:18 31:3,
10

**ready**
35:12

**reapply**
21:17

**reason**
9:23 19:23 30:24

**reasonable**
24:10

**rec**
4:21

**recognize**
25:19

**recorded**
2:1 43:3

**red**
30:5

**reflexively**
29:4

**refuses**
39:19

**regional**
35:23

**rehab**
40:2

**relationship**
41:4,22

**relationships**
29:8

**relax**
15:9 36:21

**release**
8:2

**remarks**
18:21

**remember**
31:2 37:7

**remembered**
28:11

**remind**
14:20

**rented**
23:17

**report**
7:18,23 10:18
24:14

**reported**
4:15

**reports**
36:5

**resilience**
22:18

**respect**
22:18 26:17

**responding**
19:11

**Rest**
23:14

**retaliate**
29:14,16

**rid**

24:25
**ringing**
2:3
**road**
33:18
**room**
36:25 38:4
**rumors**
5:11
**run**
8:20
**running**
23:10

**S**

**sacrifice**
22:21
**sad**
19:20
**safety**
12:19 14:4
**satiated**
39:20
**Saturday**
2:11 4:17 42:21
**scan**
6:25 7:4
**Scarface**
12:22
**scheduled**
15:24
**screen**
37:15,18
**second-guess**
42:2
**security**
24:24
**seizure**
16:23
**selling**
11:12
**sells**
4:1
**send**
6:8 17:4 24:14

**sending**
3:24
**sense**
9:21 20:3 28:5
30:20
**sentence**
12:18 20:20 21:9
23:3
**services**
35:20
**serving**
6:22 20:23 21:8
**set**
7:11
**settle**
35:16
**shaking**
16:18
**shape**
18:24
**Shaun**
25:15 39:8
**She'd**
37:21
**shit**
24:2
**shows**
19:21
**SHU**
5:2 6:1 7:15 8:1,2,
5,10 9:7,15 10:15
11:20,21 12:1 14:7
15:25 17:7,10
18:1,10,16,21 19:4
20:10 21:16,20
24:24 39:7
**side**
10:18 32:19 37:1
**sign**
8:2 36:4
**signatures**
7:25
**single**
5:12 26:7
**sit**
16:17 19:8 22:22
31:8 34:10 39:14

**sitting**
16:7,18 30:22,24
36:24 37:4
**situation**
3:23 15:5 16:20
19:1 26:24 28:19
41:5,19
**situations**
33:5 41:10,11
**skills**
9:10 39:9
**slight**
36:4
**smart-ass**
18:21
**smile**
32:10,11
**smiling**
32:12
**smug**
38:12
**sociopath**
8:18
**softball**
4:21
**solution**
5:7
**someone's**
31:5
**space**
23:17
**speak**
3:7 10:2
**special**
20:19
**specific**
40:13
**spend**
12:8 25:13
**spent**
11:21
**spirits**
15:22
**stab**
2:14 3:13,21 8:25
9:3 13:6

**stability**
39:2
**staff**
4:3,4 5:7 18:23
19:12 35:24
**stand**
23:18 40:13
**standard**
10:24 24:19
**standing**
7:5,17 8:14
**start**
12:13 20:22
**started**
10:6 16:10 30:10
**starting**
36:20 40:3
**starts**
30:11
**state**
12:18
**statement**
23:16
**station**
3:5
**stay**
6:10,18 8:8
**step**
24:19
**stop**
5:13 29:12,13
**straight**
38:11
**stranger**
15:13
**stripped**
19:5
**structure**
39:22
**struggle**
34:10
**stubborn**
22:12 29:4
**stuff**
4:10 9:20 21:15,25
23:11 24:25 31:7

33:3 36:5 38:21
39:11
**Suboxone**
3:25
**suddenly**
15:15
**suffer**
30:19
**suffering**
28:5,6
**suffers**
11:16
**suicide**
41:12
**Super**
27:2
**supposed**
8:4 35:23
**surprise**
34:24
**surprised**
4:15
**surrender**
23:4
**sustained**
10:22
**switched**
30:13
**symbol**
40:8,17,18
**system**
12:22 17:13 21:4
27:2
**systems**
21:4

**T**

**T-SHIRT**
30:8
**table**
16:17 37:4
**tackled**
10:20
**takes**
5:4 20:19

taking
10:23 15:19 20:9
27:25
talk
3:14 6:9 14:17,18
31:8 33:19 37:10
41:13 42:9
talked
15:14 19:20
talking
10:5 36:13
target
4:8
telephone
2:3
television
22:25
telling
3:19 6:6 37:8
tells
4:22
terms
11:18 27:24 40:12
terrible
38:16
therapy
4:19
thing
3:14 5:12 7:9 9:14
12:13 15:8 23:5
24:13,23 27:23,24
29:17 31:5,8 38:25
42:18
things
2:25 9:19 16:15
21:18 24:20 28:10
36:3,5,13 39:12
40:16
thinking
29:24 32:11
thinks
13:22 18:15 20:4
39:10
thought
37:13
threat
3:19,24 4:7 5:6

14:13,15 34:2
throw
7:22
thrown
15:15
tilts
31:18
time
4:17 9:7,19 11:15
12:2 16:21 18:14
19:25 20:21,23
22:17 27:6 31:3
33:2 34:16 38:19
39:3 42:1,11
tirade
12:5
today
2:17 5:2 9:2 13:23
14:11 23:24
toilet
24:4
told
6:14 9:2 10:7
12:16 23:7 33:24
tolerance
14:15
top
41:25
total
15:13
totally
17:11 30:13
town
6:22 9:2 30:7
train
17:3
training
38:20
trauma
34:16
traumatic
26:1 28:2
tray
6:24 7:3
trays
6:23

treated
11:19
trip
4:18 37:9
trouble
9:6
true
31:24 32:13
truth
18:17 35:1,5
Tucson
6:13
turn
28:21 38:2
turned
10:6
type
27:9,13 30:12,18
33:3 39:22
types
9:20 38:21
typical
24:23
typically
25:17

**U**

Uh-huh
2:12 3:8,15 8:6,22
10:3,21 11:2,13,23
12:15,20 13:20
22:10 23:19 24:16
26:5 27:15 28:7
31:12 33:23
ultimate
32:16
understand
11:7 13:22 29:2
unfortunate
11:15
unhappy
25:20
unit
2:14,16,21 3:6
5:15 9:1 24:15
25:4 36:24 39:7

unit's
2:21
untouchable
18:16

**V**

vacation
37:8
victim
19:1 21:23 24:18
25:1
victory
32:16
video
7:22 10:18 25:1
36:25
view
22:13 36:17,20
viewpoint
22:9
views
21:3
violent
29:9
visit
15:24
vocational
38:20
void
39:13

**W**

wait
6:23
wake
14:10 26:8 31:6
waking
26:7
walk
2:20,23 9:23 13:5
walked
6:21 7:4
walking
5:19 30:6

walks
37:15
wanted
6:8 12:9,10 38:12
wanting
4:12
Washington
38:4
watch
41:12
watched
7:22 24:25
watching
17:9
ways
38:18 41:4
week
7:20 9:10
weekend
37:25
weeks
17:11 20:10 35:17
36:23
weight
40:24
window
6:24
wished
28:21
won
32:18 39:6
wonderful
9:9
wood
34:20,22
work
12:17 37:22 40:7
worked
42:17
working
35:23 42:16
works
38:8
world
22:25 23:6 31:18
39:16

**worried**
  30:25

**worse**
  20:7,11 26:24

**worst**
  24:3

**Wow**
  7:7

**write**
  36:5

**written**
  16:21

**wrong**
  3:1 9:16 12:23
  15:5 17:13,16
  27:25 30:7,16
  35:1,2

**wrote**
  7:18

---

**Y**

---

**y'all**
  6:15

**ya**
  13:23 37:5

**yada**
  41:13

**yanking**
  16:9

**year**
  17:20

**Year's**
  42:20

**yesterday**
  2:10 28:16

**youngster**
  15:5